UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARJEET KAUR<br>1493 POWELL TAVERN PLACE<br>HERNDON, VA 20170<br><br>BALWINDER SINGH MALHI<br>1493 POWELL TAVERN PLACE<br>HERNDON, VA 20170<br><br>    PETITIONERS,<br><br>     v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>WASHINGTON, DC 20528<br><br>ROBERT M. COWAN<br>DIRECTOR, NATIONAL BENEFITS<br>CENTER,<br>P.O. BOX 648004<br>LEE'S SUMMIT, MO 64064<br><br>PHYLLIS HOWARD<br>DISTRICT DIRECTOR,<br>USCIS<br>2675 PROSPERITY AVENUE<br>FAIRFAX, VA 22031<br><br>    RESPONDENTS. | Case No. |

## PETITION FOR A WRIT OF MANDAMUS
## AND DECLARATORY JUDGMENT

COME NOW the Petitioners, Amarjeet Kaur and Balwinder Singh Malhi, by and through

undersigned counsel, and hereby request that this Honorable Court order the Respondents to

adjudicate Mrs. Kaur's Immigrant Petition for Alien Relative (Form I-130), filed on behalf of her

1

husband, Mr. Balwinder Singh Malhi, on April 28, 2001. This petition has now been pending for almost five years. In the alternative, petitioners move this Court to compel the adjudication of a more recent Immigrant Petition for Alien Relative (Form I-130) filed by Mrs. Kaur on behalf of her husband on February 22, 2005. This second form has been pending for over a year. Petitioners also request that this court issue a declaratory judgment, stating that the United States Citizen and Immigration Services improperly denied Mr. Malhi's Application for Employment Authorization (Form I-765), filed on April 12, 2005.

## I. JURISDICTION

1.      This Court has subject matter jurisdiction under the federal question statute, 28 U.S.C. § 1331, and the mandamus statute, 28 U.S.C. § 1361. Moreover, this Court is authorized to issue Orders of Mandamus pursuant to the Administrative Procedure Act (APA), 5 U.S.C. § 706, et seq. This Court also has authority to render a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202, and pursuant to Rule 57 of the Federal Rules of Civil Procedure (F.R.C.P.)

## II. VENUE

2.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e), as this is an action against officers and agencies of the United States in their official capacity brought in the District where the Defendants have their principal place of business.

3.      Venue is also proper because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the District of Columbia.

## III. EXHAUSTION OF REMEDIES

4.      Mr. Malhi and Mrs. Kaur have exhausted all administrative remedies to the extent required by law. Mrs. Kaur properly submitted her first Immigrant Petition for Alien Relative (Form I-130) on April 28, 2001, and she then submitted a second Immigrant Petition for Alien

Relative (Form I-130) on February 22, 2005. She paid filing fees on both occasions. No other remedy is available to Mrs. Kaur other than this court's grant of mandamus relief.

## IV.    PARTIES

5.    Mrs. Kaur is a United States citizen. When she filed the first Immigrant Petition for Alien Relative (Form I-130) on behalf of her husband, Mr. Balwinder Singh Malhi, she was a lawful permanent resident. She later naturalized and filed a second Immigrant Petition for Alien Relative (Form I-130) on his behalf, as an American citizen. She seeks adjudication of either petition.

6.    Mr. Malhi is a native and citizen of India and is married to Mrs. Kaur. He submitted an Application for Employment Authorization (Form I-765) which was denied. He seeks a declaratory judgment from this Court stating that the denial of his application for employment authorization was in error.

7.    Respondent Michael Chertoff is the Secretary of the Department of Homeland Security and is charged with the administration of the Immigration and Nationality Act and the adjudication of immigration applications.

8.    Robert Cowan is the Director of the Nationals Benefit Center, the division of United States Citizenship and Immigration Services that denied Mr. Malhi's application for employment authorization.

9.    Phyllis Howard is the District Director for United States Citizenship and Immigration Services in Virginia, which issued the denial of Mr. Malhi's Application for Employment Authorization.

## V.   STATEMENT OF FACTS

10.    Mrs. Kaur is a United States citizen. On April 13, 2001, when she was a lawful permanent resident, she married Balwinder Singh Malhi, a native and citizen of India *(Exhibit 1)*. Mrs. Kaur and Mr. Malhi have two United States citizen children: their son, Sukhpal Singh Malhi, born on September 2, 2001, *(Exhibit 2)*, and their daughter, Manjot Kaur Malhi, born on May 16, 2003 *(Exhibit 3)*.

11.    On April 28, 2001, Mrs. Malhi filed an Immigrant Petition for Alien Relative (Form I-130) on behalf of her husband, along with an Application for Adjustment of Status (Form I-485), *(Exhibit 4)*.

12.    On September 16, 2004, Mrs. Kaur became a United States citizen *(Exhibit 5)*.

13.    On October 18, 2004, Mr. Malhi filed an Application for Employment Authorization (form I-765) based on his pending Application for Adjustment of Status (Form I-485).

14.    On February 14, 2005, United States Citizenship and Immigration Services (USCIS), Nebraska Service Center, issued a decision denying Mr. Malhi's Application for Employment Authorization (Form I-765). The decision stated that Mr. Malhi must have a pending Application for Adjustment of Status (Form I-485), before he could submit an Application for Employment Authorization (Form I-765) *(Exhibit 6)*.

15.    On February 22, 2005, Mrs. Kaur submitted a new Petition for Alien Relative (Form I-130), along with a new Application for Adjustment of Status (Form I-485).

16.    On March 28, 2005, United States Citizenship and Immigration Services (USCIS) sent Mrs. Kaur a receipt notice confirming the filing of the Immigrant Petition for Alien Relative

(Form I-130) on behalf of her husband *(Exhibit 7)*, as well as a receipt notice for the Application

for Adjustment of Status (I-485) *(Exhibit 8)*.

17.    On April 12, 2005, Paul Shearman Allen & Associates submitted a new

Application for Employment Authorization (Form I-765) on behalf of Mr. Malhi.

18.    On April 20, 2005, United States Citizenship and Immigration Services (USCIS)

sent Mr. Malhi a receipt notice for his Application for Employment Authorization (Form I-765)

*(Exhibit 9)*.

19.    On June 21, 2005, United States Citizenship and Immigration Services in Lee's

Summit, Missouri denied Mr. Malhi's Application for Employment Authorization (Form I-765)

*(Exhibit 10)*. USCIS stated in the denial letter that Mr. Malhi's Application for Adjustment of

Status (Form I-485) had been administratively closed pending resolution of his removal

proceedings. On August 23, 2005, United States Citizenship and Immigration Services in

Fairfax, VA confirmed the denial of the Application for Employment Authorization (Form I-

765) *(Exhibit 11)*.

20.    Mr. Malhi has filed a petition for review in the Ninth Circuit Court of Appeals

asking that Court to review a Board of Immigration Appeals' order denying Mr. Malhi's Motion

to Reopen removal proceedings due to ineffective assistance of counsel. On April 10, 2006, the

Ninth Circuit Court of Appeals denied this appeal in part and dismissed it in part. Mr. Malhi is

in the process of petitioning the court for a rehearing.

## VII.   CONCLUSION

21.    There is no reasonable cause preventing the approval of Mrs. Kaur's Immigrant

Petition for Alien Relative (Form I-130), which has now been pending for almost five years, or

her second I-130, which has now been pending for over a year.

22.    The Respondents have unreasonably delayed action on Mrs. Kaur's Petition for Alien Relative (Form I-130), and they have failed to carry out the adjudication functions delegated to them by the Immigration and Nationality Act with regard to Petitioners' case.

23.    In addition, Mr. Malhi's Application for Employment Authorization was improperly denied. Mr. Malhi is the father of two young American citizen children and is struggling to support them. He was instructed by USCIS that he could not apply for employment authorization without submitting an Application for Adjustment of Status (Form I-485). He subsequently submitted a new Form I-485 and later re-submitted an Application for Employment Authorization (Form I-765). Despite the fact that his Form I-485 is pending, his Application for Employment Authorization was again denied.

24.    8 CFR § 245.2 provides that once a noncitizen, who is not an arriving alien, is in deportation or removal proceedings, his or her Application for Adjustment of Status should be made *only in those proceedings*. However, this law deals only with Mr. Malhi's application for adjustment of status, not his application for employment authorization.

25.    The Immigration and Nationality Act provides that for noncitizens who submit an application for adjustment of status, "during the application period, and *until a final determination has been made* . . . [they] shall be granted authorization to engage in employment in the United States." INA § 245A(e)(2)(B) (emphasis added). While Mr. Malhi's application for adjustment of status is pending, he is eligible to work, and his Application for Employment Authorization should have been approved.

## VIII.    PRAYER FOR RELIEF

26.    Petitioners request the Court enter an order requiring the Respondent, USCIS, to promptly adjudicate either of Mrs. Kaur's Petitions for Alien Relative (Form I-130). Petitioners

further request that the Court declare the denial of Mr. Malhi's employment authorization was

wrongful

27.    Petitioners also request attorney's fees and that this Honorable Court grant such

other and further relief that it deems just and appropriate.

Respectfully submitted,

Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

## CERTIFICATE OF SERVICE

I, Paul S. Allen, certify that a copy of the foregoing Complaint for Mandamus has been mailed on April 25, 2006 by certified mail, first class postage prepaid to:

MICHAEL CHERTOFF, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY,
WASHINGTON, DC 20528,

ROBERT M. COWAN
DIRECTOR, NATIONAL BENEFITS
CENTER,
P.O. BOX 648004
LEE'S SUMMIT, MO 64064

PHYLLIS HOWARD
DISTRICT DIRECTOR,
USCIS
2675 PROSPERITY AVENUE
FAIRFAX, VA 22031

Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677



I CERTIFY THAT I JOINED TOGETHER IN MARRIAGE:

Balluwber Asegh Matti , HUSBAND,

AND Amazigit Kiwe , WIFE,

ON April 13, 2001 IN Liesburg , VIRGINIA,

BY AUTHORITY OF A LICENSE ISSUED BY THE CLERK OF THE CIRCUIT COURT OF

Loudoan County , VIRGINIA, DATED April 13, 2001

GIVEN UNDER MY HAND ON April 13, 2001

Fay W. Payne
(Signature of Officiant)

Cirbuit Court Cuprono@
(Title of Officiant)

COMMONWEALTH OF VIRGINIA
STATE DEPARTMENT OF HEALTH



VS 18 397

EXHIBIT 1

CERTIFICATE OF VITAL RECORD

VERIFY PRESENCE OF WATERMARK     HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH — DIVISION OF VITAL RECORDS

STATE FILE NUMBER:              145-01-065361

NAME OF REGISTRANT:             SUKHPAL SINGH MALHI

DATE OF BIRTH:                  SEPTEMBER 2, 2001          SEX:     MALE

PLACE OF BIRTH:                 FAIRFAX COUNTY, VIRGINIA

MAIDEN NAME OF MOTHER:          AMARJEET KAUR

AGE OF MOTHER:                  31

MOTHER'S PLACE OF BIRTH:        INDIA

NAME OF FATHER:                 BALWINDER SINGH MALHI

AGE OF FATHER:                  30

FATHER'S PLACE OF BIRTH:        INDIA

DATE RECORD FILED:              SEPTEMBER 28, 2001



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED     **December 03, 2001**

*Deborah Little-Bowser*
Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.                    VS 15B

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

EXHIBIT 2

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS
### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:         145-03-035245

NAME OF REGISTRANT:        MANJOT KAUR MALHI

DATE OF BIRTH:             MAY 16, 2003          SEX:     FEMALE

PLACE OF BIRTH:            FAIRFAX COUNTY, VIRGINIA

MAIDEN NAME OF MOTHER:     AMARJEET KAUR

AGE OF MOTHER:             33

MOTHER'S PLACE OF BIRTH:   INDIA

NAME OF FATHER:            BALWINDER SINGH MALHI

AGE OF FATHER:             31

FATHER'S PLACE OF BIRTH:   INDIA

DATE RECORD FILED:         MAY 30, 2003



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED      **July   17, 2003**

Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.

VS 15B

EXHIBIT 3

Amarjeet Kaur
1493 Powell Tavern Pl.
Herndon, VA 20170.

April 28, 2001

Immigration & Naturalization Service
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001.

Re:    Petition for alien husband under Section 245(i)
       Petitioner:    Amarjeet Kaur
       Beneficiary:   Balwinder Singh Malhi
       File #  :      A045-262-076

Dear Sir/Madam:

Under Section 245(i) provision of the Legal Immigration and Family Equity Act of 2000
(LIFE Act), I submit herewith the following:

1.     I-130 Petition for Alien husband;
2.     Photocopy of green card;
3.     Photocopy of marriage certificate;
4.     2 Immigration style photos of self and 4 for spouse;
5.     Photocopy of birth certificate for self;
6.     Photocopy of passport and Work Authorization of spouse;
7.     Form G-325A Biographic Information for self;
8.     Form G-325A Biographic Information for spouse;
9.     I-485 for Application to Register Permanent Residence for spouse;
10.    Supplement A to Form I-485;
11.    Photocopy of Divorce Decree of self and spouse
12.    Check in the amount of $1330.00 ($1000.00+$220.00+$110.00)

Should you need any further document(s), please feel free to write to me.

Thanking you.

Very Truly Yours,

Amarjeet Kaur
Encls:

EXHIBIT 4

U.S. Department of Justice
Immigration and Naturalization Service (INS)

**Petition for Alien Relative**

OMB #1115-0054

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A.# | | |
| G-28 or Volag # | | |

Section of Law:
- [ ] 201 (b) spouse
- [ ] 201 (b) child
- [ ] 201 (b) parent
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

AM CON: _____

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 204 (a)(2)(A) Resolved
- [ ] Previously Forwarded
- [ ] Stateside Criteria
- [ ] I-485 Simultaneously
- [ ] 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my

[X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child

2. Are you related by adoption?
[ ] Yes  [X] No

3. Did you gain permanent residence through adoption?
[ ] Yes  [X] No

## B. Information about you

1. Name (Family name in CAPS)  (First)  (Middle)
KAUR  AMARJEET  –

2. Address (Number and Street)  (Apartment Number)
1493 Powell Tavern Pl.  –

(Town or City)  (State/Country)  (ZIP/Postal Code)
Herndon  VA/USA  20170

3. Place of Birth (Town or City)  (State/Country)
Raikot  Punjab/India

4. Date of Birth (Mo/Day/Yr)
9-5-1970

5. Sex
[ ] Male  [X] Female

6. Marital Status
[X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name)
None

8. Date and Place of Present Marriage (if married)
4-13-2001 - Virginia, USA

9. Social Security Number
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

10. Alien Registration Number (if any)
A-045-262-076

11. Names of Prior Husbands/Wives  12. Date(s) Marriages(s) Ended
Kuldip S.Pakhar  1997

13. If you are a U.S. citizen, complete the following:

My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [ ] Naturalization (Give number of certificate, date and place it was issued)
- [ ] Parents
  Have you obtained a certificate of citizenship in your own name?
  [ ] Yes  [ ] No
  If "Yes", give number of certificate, date and place it was issued

4a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
6/96 - SF/USA  (Photocopy attached)

4b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?  [X] Yes  [ ] No

## C. Information about your alien relative

1. Name (Family name in CAPS)  (First)  (Middle)
MALHI  BALWINDER  SINGH

2. Address (Number and Street)  (Apartment Number)
1493 Powell Tavern Pl.  –

(Town or City)  (State/Country)  (ZIP/Postal Code)
Herndon  VA/USA  20170

3. Place of Birth (Town or City)  (State/Country)
Gurdaspur  Punjab/India

4. Date of Birth (Mo/Day/Yr)
4-16-1972

5. Sex
[X] Male  [ ] Female

6. Marital Status
[X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name)
None

8. Date and Place of Present Marriage (if married)
4-13-2001 - Virginia, USA

9. Social Security Number
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

10. Alien Registration Number (if any)
A075-302-081

11. Names of Prior Husbands/Wives  12. Date(s) Marriages(s) Ended
Karamjit Kaur  8-11-2000

13. Has your relative ever been in the U.S.?
[X] Yes  [ ] No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
EWI

Arrival/Departure Record (I-94) Number  Date arrived (Month/Day/Year)
|                    |  10-17-1996

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
NA

15. Name and address of present employer (if any)
ANH Trucking, Herndon, VA

Date this employment began (Month/Day/Year)
2/01

16. Has your relative ever been under immigration proceedings?
[X] Yes  [ ] No  Where _____  When _____
[ ] Exclusion  [ ] Deportation  [ ] Recission  [ ] Judicial Proceedings

| | INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned | |

Form I-130 (Rev. 10/13/98)N

## C. (continued) Information about your alien relative

16. List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Balwinder Singh Malhi | Husband | 4-16-1972 | India |
| | | | |
| | | | |

17. Address in the United States where your relative intends to live

| (Number and Street) | (Town or City) | (State) |
|---|---|---|
| 1493 Powell Tavern Pl. | Herndon | VA |

18. Your relative's address abroad

| (Number and Street) | (Town or City) | (Province) | (Country) | (Phone Number) |
|---|---|---|---|---|
| NA | | | | |

19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:

| (Name) | (Number and Street) | Town or City) | (Province) | (Country) |
|---|---|---|---|---|
| NA | | | | |

20. If filing for your husband/wife, give last address at which you both lived together:

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|---|---|
| | 1493 Powell Tavern Pl., Herndon, VA | | | USA | 4   2001 | Present |

21. Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at   Alexandria,   VA   . If your relative is not eligible for adjustment of status, he or she will
(City)   (State)

apply for a visa abroad at the American Consulate in _____
(City)   (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.
   None

2. Have you ever filed a petition for this or any other alien before?   ☐ Yes   ☒ No
   If "Yes," give name, place and date of filing, and result.

Warning: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

Penalties: You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature   AMARJEET KAUR   Date 4/25/01   Phone Number 703-421-9781

Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  M.B. Singh   (Address) 133-24 Sanford Ave. #8G
Flushing, NY 11355  (Signature)   (Date) 4/25/01

G-28 ID Number _____

Volag Number _____

Form I-130 (Rev. 10/13/98)N

## NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> **Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.**

**NOTE: You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.**

| | | |
|---|---|---|
| Name of relative (Family name in CAPS) (First) (Middle) | | |
| MALHI BALWINDER SINGH | | |

Other names used by relative (Including maiden name)
NONE

| Country of relative's birth | 4. Date of relative's birth (Month/Day/Year) |
|---|---|
| INDIA | 4-16-1972 |

| Your name (Last name in CAPS) (First) (Middle) | 6. Your phone number |
|---|---|
| KAUR AMARJEET | 703-421-9781 |

ction Stamp

| SECTION | DATE PETITION FILED |
|---|---|
| ☐ 201 (b)(spouse) | |
| ☐ 201 (b)(child) | |
| ☐ 201 (b)(parent) | |
| ☐ 203 (a)(1) | ☐ STATESIDE |
| ☐ 203 (a)(2) | CRITERIA GRANTED |
| ☐ 203 (a)(4) | |
| ☐ 203 (a)(5) | SENT TO CONSUL AT; |

## CHECKLIST

**Have you answered each question?**

**Have you signed the petition?**

**Have you enclosed:**

- ☒ The filing fee for each petition?
- ☒ Proof of your citizenship or lawful permanent residence?
- ☒ All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

- ☒ Your picture?
- ☒ His or her picture?
- ☒ Your G-325A?
- ☒ His or her G-325A?

Relative Petition Card
Form I-130 (Rev. 10/13/98)N

## PERMANENT RESIDENT CARD

NAME KAUR, AMARJEET



INS A# 045-262-076

Birthdate   Category   Sex
09/05/70    IR1        F

Country of Birth
India

CARD EXPIRES 05/06/09
Resident since 05/09/98



```
C1USA0452620763EAC9906650200<<
7009057F0901060IND<<<<<<<<<<<8
KAUR<<AMARJEET<<<<<<<<<<<<<<<<<
```



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## PERMANENT RESIDENT CARD

The person identified by this card is authorized to work and reside in the U.S.

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

NAME   BALHI, BALWINDER S

*Balwinder S. Malhi*

INS A# 075-302-081

CARD # WAC 2026551778

 

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM  10/13/00  EXPIRES  10/12/01

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-485, Application to Register
Permanent Resident or Adjust Status**

START HERE - Please Type or Print

## Part 1. Information About You.

| | | |
|---|---|---|
| Family Name | MALHI | Given Name BALWINDER | Middle Initial S. |

Address - C/O

| Street Number and Name | 1493 Powell Tavern Pl. | Apt. # — |
|---|---|---|

City   Herndon

| State   VA | Zip Code   20170 |
|---|---|

| Date of Birth (month/day/year)   4-16-1972 | Country of Birth   India |
|---|---|

| Social Security #   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 | A # (if any)   075-302-081 |
|---|---|

| Date of Last Arrival (month/day/year)   10-17-1996 | I-94 #   None |
|---|---|

| Current INS Status   Asylum Applicant | Expires on (month/day/year)   NA |
|---|---|

## Part 2. Application Type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other _____

**Preference**

**Action Block**

**To be Completed by**
*Attorney or Representative,* if any

☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 1

t 3. Processing Information.

| Town/Village of Birth | Gurdaspur, India | Current Occupation | Driver |
|---|---|---|---|

| Mother's First Name | GURBACHAN | Your Father's First Name | BALKAR |
|---|---|---|---|

Your name exactly how it appears on your Arrival /Departure Record (Form I-94)

NA

| f Last Entry Into the U.S. (City/State) | Blaine, WA | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|---|
| ou inspected by a U.S. Immigration Officer? ☐ Yes ☒ No | | EWI |

| migrant Visa Number | None | Consulate Where Visa Was Issued | NA |
|---|---|---|---|

| isa Was Issued NA /day/year) | Sex: ☒ Male ☐ Female | Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed |
|---|---|---|

u ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| | KAUR | Given Name | AMARJEET | Middle Initial | — | Date of Birth (month/day/year) | 9-5-1970 |
|---|---|---|---|---|---|---|---|
| of Birth | India | Relationship | Wife | A # | 045-262-076 | Applying with You? ☐ Yes ☒ No | |
| | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| of Birth | | Relationship | | A # | | Applying with You? ☐ Yes ☐ No | |
| | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| of Birth | | Relationship | | A # | | Applying with You? ☐ Yes ☐ No | |
| | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| of Birth | | Relationship | | A # | | Applying with You? ☐ Yes ☐ No | |
| | | Given Name | | Middle Initial | | Date of Birth (month/day/year) | |
| of Birth | | Relationship | | A # | | Applying with You? ☐ Yes ☐ No | |

our present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar in the United States or in other places since your 16th birthday.  Include any foreign military service in this part.  If none, write "none."  Include the s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s).  If additional space is needed, use a te piece of paper.

is a member of a Sikh Political party.

## 3. Processing Information. *(Continued)*

answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily nat you are not entitled to adjust your status or register for permanent residence.)

ve you ever, in or outside the U. S.:

a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☐ Yes ☒ No

ve you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or nicipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

ve you ever:

a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

ve you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or ids for, or have you through any means ever assisted or provided any type of material support to, any person or organization t has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of rorist activity? ☐ Yes ☒ No

you intend to engage in the U.S. in:

a. espionage? ☐ Yes ☒ No

b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

ve you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

i you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or erwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

ve you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person :ause of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

ve you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

re you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent :uments or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other :umentation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

ve you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

ve you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not complied with that requirement or obtained a waiver? ☐ Yes ☒ No

: you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

4.    **Signature.**  (Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)

I, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

ve Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the ve Service System; I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS smit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my ve Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering e Selective Service by other means, provided I have not yet reached age 26.

| ature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Balwinder S Malhi* | BALWINDER SINGH MALHI | 4/25/01 | 703-421-9781 |

e Note:    If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.

rt 5.    **Signature of Person Preparing Form, If Other Than Above.** (Sign Below)

clare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| nature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | M.B. SINGH | 4/25/01 | 908-429-8008 Ext. 329 |

m Name   133-24 Sanford Ave. #8G
d Address   Flushing, NY 11355.

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

## Supplement A to Form I-485

---

START HERE - Please Type or Print

FOR INS USE ONLY

### Part 1.    Information about applicant

| Family Name | MALHI | First Name | BALWINDER | Middle Name | S. |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | 1493 Powell Tavern Pl. | Apt. Suite | - |
|---|---|---|---|

| City | Herndon | State or Province | VA |
|---|---|---|---|

| Country | USA | Zip/Postal Code | 20170 |
|---|---|---|---|

| INS A # | 075-302-081 | Date of Birth *(month/day/year)* | 4-16-1972 | Country of Birth | India |
|---|---|---|---|---|---|

### Part 2.    Basis for eligibility *(check one)*

1. On Form I-485, Part 2, I checked application type *(check one)*:

   a. ☐ An immigrant petition.    Go to #2.
   b. ☒ My spouse or parent applied.    Go to #2.
   c. ☐ I entered as a K-1 fiancé(e).    Stop here. Do not file this form.
   d. ☐ I was granted asylum.    Stop here. Do not file this form.
   e. ☐ I am a native or citizen of Cuba.    Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban.    Go to #3.
   g. ☐ I have continuously resided in the U.S.    Stop here. Do not file this form.
   h. ☐ Other.    Go to #2.
   i. ☐ I am already a permanent resident.    Stop here. Do not file this form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban.    Stop here. Do not file this form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces *(check one)*.

   ☐ Yes  Stop here. Do not file this form.      ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.    ☐ Yes  Stop here. Do not file this form.      ☒ No  Go to #11.

4. I last entered the United States *(check one)*:

   | ☐ As a stowaway. | Go to #11. | ☐ Legally without a visa as a visitor for tourism or business. | |
   |---|---|---|---|
   | ☐ Legally as a crewman (D-1/D-2 visa). | Go to #11. | | Go to #5. |
   | ☐ Without inspection. | Go to #11. | ☐ Legally as a parolee. | Go to #5. |
   | ☐ Legally in transit without visa status. | Go to #11. | ☐ Legally with another type of visa (show type _____ ). | Go to #5. |

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen *(check one)*.

   ☐ Yes  Stop here. Do not file this form.      ☐ No  Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status *(check one)*.

   ☐ As the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen.  Stop here. Do not file this form.

   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360.  Stop here. Do not file this form.

   ☐ Under some other category.  Go to #7.

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| | |

| Resubmitted | |
|---|---|
| | |

| Reloc Sent | |
|---|---|
| | |

| Reloc Rec'd | |
|---|---|
| | |

| Interviewed | |
|---|---|
| | |

| File Reviewed | Class of Adjustment Code: |
|---|---|
| | ___ ___ ___ |

To Be Completed by
*Attorney or Representative, if any*
☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

Form I-485 (01/18/01)Y - Supplement A

## Part 2.    (continued)

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167 *(check one)*.

☐ Yes  Stop here. Do not file this form.    ☐ No  Go to #8.

8. I have been employed in the United States after January 1, 1977 without INS authorization *(check one)*.

☐ Yes  Go to #9.    ☐ No  Go to #10.

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA). I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one)*:

☐ Yes  Stop here. Do not file this form.    ☐ No  Go to #10.

10.    I am now in lawful immigration status, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one)*.

☐ Yes  Stop here. Do not file this form.

☐ No, but I believe that INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons. Stop here. Do not file this form. Attach an explanation regarding this question to your Form I-485 application.

No  Go to #11.

11. I am unmarried and less than 17 years old *(check one)*.

☐ Yes  Stop here. File this form and Form I-485.  Pay only the fee required with Form I-485.

☒ No  Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien, and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one)*.

☐ Yes  Stop here. File this form and Form I-485.  Pay only the fee required with Form I-485.

☒ No  Go to #13.

13. File this form and Form I-485. You must pay the additional sum of :

$  220.00 - Fee required with Form I-485* and
$1,000.00 - Additional sum under section 245(i) of the Act

$1,220.00 - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1,000.00.  In #11 and/or #12, show the answer you would have given on the date you filed Form I-485.

---

**Part 3.**    **Signature.** Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Balwinder S. Malhi* | BALWINDER S. MALHI | 4/25/01 | 703-421-9781 |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

---

**Part 4.**    Signature of person preparing form, if other than above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
|  | M.B. Singh | 4/25/01 | 908-429-8008 Ext. :29 |

| Firm Name and Address | 133-24 Sanford Ave. #8G  Flushing, NY 11355. |
|---|---|

Form I-485 (01/18/01)-Y- Supplement A  Page 2

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| MALHI | BALWINDER | SINGH | | 4-16-1972 | Indian | A-075-302-081 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Gurdaspur, Punjab, India | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MALHI | BALKAR S. | 55, Pakistan | Batala, Punjab, India |
| MOTHER (Maiden name) | MALHI | GURBACHAN K. | 52 Pakistan | Batala, Punjab, India |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | KAUR | AMARJEET | 9-5-1970 | Raikot, Punjab India | 4-13-01 | VA, USA |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| KAUR | KARAMJIT | | 6-24-93 – India | 8-11-00 – India |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 1493 Powell Tavern Pl. | Herndon | VA | USA | 12 | 00 | PRESENT TIME | |
| 4400 Sanwick Dr. #237 | Sacramento | CA | USA | 2 | 99 | 12 | 00 |
| 2264 North Mark Ave.#220 | Fresno | CA | USA | 1 | 98 | 1 | 99 |
| 1865 Victoria Landing | San Jose | CA | USA | 10 | 96 | 12 | 97 |
| VPO: Batala, Gurdaspur | | Punjab | India | 4 | 72 | 9 | 96 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| As above | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| ANH Trucking, VA | Driver | 2 | 01 | PRESENT TIME | |
| A&R Trucking, Fresno, CA | Driver | 4 | 99 | 1 | 01 |
| Odd Jobs | | 10 | 96 | 3 | 99 |
| Self employed | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | *Balwinder S. Malhi* | 4/25/01 |

Submit all four pages of this form.

If your native alphabet is other than roman letters, write your name in your native alphabet here: ਬਲਵਿੰਦਰ ਸਿੰਘ ਮਾਲੀ

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MALHI | BALWINDER | SINGH | A-075-302-081 |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

(3) C.

Form G-325A (Rev. 09/11/00) Y  Page 3

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
BIOGRAPHIC INFORMATION

| (Family name) KAUR | (First name) AMARJEET | (Middle name) – | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 9-5-1970 | NATIONALITY Indian | FILE NUMBER A-045-262-076 |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) None | CITY AND COUNTRY OF BIRTH Raikot, Punjab, India | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

FATHER
MOTHER (Maiden name)

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SINGH | KARNAIL | Deceased | |
| MOTHER (Maiden name) | KAUR | HARBANS | 50, India | Raikot, Ludhiana, India |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) MALHI | FIRST NAME BALWINDER | BIRTHDATE 4-16-1972 | CITY & COUNTRY OF BIRTH Gurdaspur, Punjab, India | DATE OF MARRIAGE 4-13-01 | PLACE OF MARRIAGE VA, USA |
|---|---|---|---|---|---|---|

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| PAKHAR | KULDIP | Unknown | 6/95 – India | 1997, CA, USA |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 1493 Powell Tavern Pl., | Herndon | VA | USA | 3 | 99 | PRESENT TIME | |
| 46690 Paragon Terrace | Sterling | VA | USA | 4 | 97 | 2 | 99 |
| 1301 Buccaneer Ct. | Modesto | CA | USA | 6 | 96 | 3 | 97 |
| VPO Raikot | Jagraon | Punjab | India | 9 | 70 | 6 | 96 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| As above | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Fairfax School Canteen, VA | Cashier | 6 | 00 | PRESENT TIME | |
| Macdonald, Sterling, VA | Cashier | 5 | 97 | 11 | 99 |
| None | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT ☒ OTHER Relative Petition | SIGNATURE OF APPLICANT AMARJEET KAUR | DATE 4/25/01 |
|---|---|---|
| Submit all four pages of this form. | If your native alphabet is other than roman letters, write your name in your native alphabet here: ਅਮਰਜੀਤ ਕੌਰ | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) KAUR | (Given name) AMARJEET | (Middle name) – | (Alien registration number) A-045-262-076 |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) OFFICE CODE: TYPE OF CASE: DATE: |
|---|---|

(2) Rec. Br.

Form G-325A (Rev. 09/11/00) Y Page 2

CERTIFICATE OF NATURALIZATION

No. 28230345

INS Registration No. A04526207G

*Personal description of holder as of date of naturalization:*

*Date of birth:* SEPTEMBER 05, 1970

*Sex:* FEMALE

*Height:* 5 *feet* 5 *inches*

*Marital status:* MARRIED

*Country of former nationality:* INDIA



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*(complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney General,*

*at:* ARLINGTON, VIRGINIA

*The Attorney General having found that:*

AMARJEET KAUR

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws, and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

U.S. IMMIGRATION AND NATURALIZATION SERVICE

*at:* ARLINGTON, VIRGINIA  *on* FEB 1 6 2004

*that such person is admitted as a citizen of the United States of America.*

*(Commissioner of Immigration and Naturalization)*

IT IS PUNISHABLE BY U S LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

FORM N-550 REV. 6-91

EXHIBIT 5

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

FEB 1 4 2005

Refer to File Number:
LIN0501350793

BALWINDER S MALHI
320 RENEAU WAY
HERDON VA 20170

Dear Sir or Madam:

Case Type: I-765, EAD CARD
Beneficiary: BALWINDER S MALHI

## DECISION

This notice refers to your Application for Employment Authorization (Form I-765) properly filed on October 18, 2004, in which you are requesting employment based upon your filing of a pending application for adjustment of status to lawful permanent resident under Title 8, Code of Federal Regulations (8 CFR) 274a.12(c)(9). Upon consideration, it is ordered that the request be denied for the following reasons:

Title 8, Code of Federal Regulations 274a.12(c)(9) states, in pertinent part:

> Any alien who has filed an application for adjustment of status to lawful permanent resident pursuant to Part 245 of this chapter may apply for employment authorization during the period that application is pending.

Service records do not indicate you having a pending Form I-485, Application to Register Permanent Residence or Adjust, filed with this Service Center, prior to or concurrent with the filing of the Form I-765. Therefore, this makes you ineligible for employment authorization under 274a.12(c)(9).

There is no appeal to this decision. This denial is without prejudice to any future filing of an Application for Employment Authorization under any section of law for which you feel you may be eligible.

Sincerely,

Donald Neufeld
Acting Director OPP

NSC/ KTP 159

Nebraska Service Center                                    www.uscis.gov

EXHIBIT 6

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: MSC-05-175-22227 | | Case Type: I-130 - Petition for Alien Relative |
|---|---|---|
| Received Date: March 10, 2005 | Priority Date: | Petitioner: A045262076 KAUR, AMARJEET |
| Notice Date: March 28, 2005 | Page    1 OF 1 | Beneficiary: A075302081 MALHI, BALWINDER |

| PAUL ALLEN 1329 18TH ST NW WASHINGTON DC 20036 | Notice Type:        Receipt Notice Amount Received:        $185.00 |
|---|---|

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



EXHIBIT 7

5078457        0002032400        Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

#25991905

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-175-22226 | I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date: March 10, 2005 | Priority Date: | Applicant: A075302081 MALHI, BALWINDER |
|---|---|---|
| Notice Date: March 28, 2005 | Page 1 OF 1 | ASC Code: 3 |

PAUL ALLEN
1329 18TH ST NW
WASHINGTON DC 20036

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $385.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. For TDD hearing impaired assistance, please call 1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXHIBIT 8

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-200-20982 | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|
| Received Date:<br>April 15, 2005 | Priority Date: | Applicant:    A075302081<br>MALHI, BALWINDER |
| Notice Date:<br>April 20, 2005 | Page    1 OF 1 | ASC Code:    2 |

PAUL ALLEN
1329 18TH ST NW
WASHINGTON DC 20036

Notice Type:        Receipt Notice

Amount Received:        $175.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.**

## BIOMETRICS-
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
· a passport or national photo identification issued by your country,
· a driver's license,
· a military photo identification, or
· a state-issued photo identification card.

04-25-05P01:16 RCVD

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

FP done in
5/20

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283



EXHIBIT 9

5087478      0002137029                    Form I-797C (Rev. 11/28/03) N



U.S. Department of Homeland Security
P.O. Box 648004
Lee's Summit, MO 64064

**U.S. Citizenship
and Immigration
Services**

June 21, 2005

PAUL SHEARMAN ALLEN & ASSOC.
1329 18TH STREET NW
WASHINGHTON, DC 20036

File:   MSC#05-200-20982
        A#72-302-081
        Form I-765

RE: BALWINDER MALHI

### DECISION TO ADMINISTRATIVELY CLOSE APPLICATION FOR EMPLOYMENT AUTHORIZATION

Upon consideration, it is ordered that your Application for Employment Authorization (Form I-765) filed on April 15, 2005, based on your pending I-485 (Application to Adjust Status), be administratively closed for the following reason:

A complete review of the records of this Service indicates that you are the subject of a final removal order.

**Title 8 Code of Federal Regulations, Part 245.2 (a) (1) states that:**

"After an alien is in deportation or removal proceedings, his or her application for adjustment of status shall be made and considered only in those proceedings."

Since the immigration court has sole jurisdiction over your case, your Application for Employment Authorization (Form I-765) is hereby administratively closed.   No further action will be taken on the application.

There is no appeal to this decision.  However, if you have already filed a "Motion to Reopen" your removal proceedings, you may be able to renew your application for adjustment of status in such proceedings before an Immigration Judge.  A "Motion to Reopen" is a formal statement whereby you request the Immigration Court to conduct a new review of the proceedings in your case.  Please note that you are no longer entitled to incidental benefits such as employment authorization and advance parole based on your application for adjustment of status.

Sincerely,

Robert M. Cowan
Director
RMC/Officer #: LA-173

EXHIBIT 10

U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

U.S. Citizenship
and Immigration
Services

Date: 8/23/05

Alien No. 075 302 081
Applicant Name: BALWINDER S. MALHI

Address: 320 RENAU WAY

HERNDON, VA. 20170

DECISION

You have failed to establish eligibility for employment authorization under 8 CFR 274.12(A) or (c).

Accordingly, your application for employment authorization has been denied. There is not appeal to this decision. This decision is without prejudice to consideration of subsequent applications filed with U.S. Citizenship and Immigration Services.

Sincerely,

Phyllis A. Howard

Phyllis Howard,
District Director for Services

EXHIBIT 11