IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMAREET KAUR,<br>1493 Powell Tavern Place<br>Herndon, VA 20170,<br><br>BALWINDER SINGH MALHI,<br>1493 Powell Tavern Place<br>Herndon, VA 20170,<br>     Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>Department of Homeland Security<br>Washington, D.C. 20528,<br><br>ROBERT M. COWAN,<br>Director, National Benefits Center<br>P.O. Box 648004<br>Lee's Summit, MO 64064,<br><br>PHYLLIS HOWARD,<br>District Director,<br>USCIS<br>2675 Prosperity Avenue<br>Fairfax, VA 22031.<br>     Respondents. | Civil Action No. 06-0765 (RBW) |

## **PRAECIPE**

  The Clerk of the Court will please enter the appearance of Peter S. Smith, Assistant U.S. Attorney, as counsel of record for the Respondents in the above-captioned case.

              Respectfully submitted,

               /s/
              Peter S. Smith, D.C. BAR # 465131
              Assistant U.S. Attorney
              Judiciary Center Building
              555 Fourth St., N.W., Rm. E4224
              Washington, D.C. 20530
              (202) 307-0372