UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARJEET KAUR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.  06-0765 (RBW) |
| | ) |
| MICHAEL CHERTOFF, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' FIRST CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants respectfully move, under Fed. R. Civ. P. 6(b), for a thirty-day enlargement of time, until July 31, 2006, to file their answer or otherwise to respond to the Complaint in this case.  Pursuant to LCvR 7(m), Defendants' counsel's staff contacted counsel for Plaintiffs to discuss the requested relief.  We understand that Plaintiffs consent to the requested relief.  A proposed order consistent with this Motion is attached.

In support of this Motion, Defendants state as follows:

1. Currently, Defendants' answer is due on June 30, 2006.

2. Plaintiffs' Complaint seeks an order requiring Defendants "to adjudicate Mrs. Kaur's Immigrant Petition for Alien Relative."  Compl. at 1.

3. Defendants currently are reviewing the petition(s) at issue here.  Since that review may inform Defendants' answer or otherwise impact the issues or schedule in this case, Defendants respectfully request this thirty-day extension of their time to answer the Complaint, up to and including July 31, 2006, in order to allow the agency time to review the petition(s) at issue in Plaintiffs' lawsuit.

Dated June 21, 2006

        Respectfully submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

2