UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARJEET KAUR, et al., | ) |
|     Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 06-0765 (RBW) |
| MICHAEL CHERTOFF, et al., | ) ) ) |
|     Defendants. | ) ) |

### DEFENDANTS' SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants respectfully move, under Fed. R. Civ. P. 6(b), for a thirty-day enlargement of time, until August 30, 2006, to file their answer or otherwise to respond to the Complaint in this case. Pursuant to LCvR 7(m), the undersigned counsel of record contacted counsel for Plaintiff to discuss the requested relief. Counsel for Plaintiff stated that Plaintiff consents to the requested relief. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendants state as follows:

1. Pursuant to the Court's June 26, 2006 Minute Order in this case, Defendants' answer currently is due by July 31, 2006.

2. Plaintiffs' Complaint seeks an order requiring Defendants, inter alia, "to adjudicate Mrs. Kaur's Immigrant Petition for Alien Relative." Compl.

3. Defendants first request for an enlargement of time to answer in this case was filed because Defendants' processing of the petition(s) at issue was, at that time, ongoing. Defendants explained that the requested enlargement was required because the review would inform Defendants' answer or otherwise impact the issues or schedule for this case.

4. Since that time, the undersigned understands that Defendants have approved the

petition(s) and taken other actions with respect to the relief at issue in this case. The parties have discussed whether Defendants' actions to date have rendered this case moot.

5. In order to allow the undersigned additional time to confer with the Defendants and for to Defendants to assess whether any additional action on their part is warranted, Defendants respectfully request this thirty-day enlargement of their time to answer or otherwise to respond to the Complaint.

6. It appears that this case either is, or could become, moot. Granting Defendants this additional time will conserve both the Court's and the parties' resources. Were Defendants to respond to the Complaint on July 31, they would likely move to dismiss the Complaint as moot. Allowing Defendants this additional time may make such a motion, and any further litigation in this case, unnecessary.

7. The undersigned counsel is aware of the Court's Standing Order requiring the submission of motions for enlargement of time at least four days in advance of the deadline for which the enlargement is sought. The undersigned counsel apologizes to the Court for any inconvenience caused by the filing on this Motion within the four-day period. The undersigned counsel waited until now to file this Motion with the expectation that he would receive additional information from the Defendants that would inform or resolve any remaining issues between the parties.

8. As mentioned above, counsel for Plaintiff has graciously consented to the relief requested in this Motion.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372