```
RCPT NBR: WAS-A0-625-70008    A-NBR: A 075-302-081    REFERENCE NBR: WASA053340043
OWNED BY: WAS        REMOTE TO:                      RECEIVED DATE: 06/14/2006
     NAME: MALHI                        BALWINDER
   STREET:
     CITY:                     STATE:       ZIP:            PHONE:    -    -
  CITZSHP:             COB: INDIA         DOB: 04161972       SEX:
 MAR STAT:         SSN NBR:                                 I94 NBR:
 DATE ARR:          POE:      MANNER LAST ENTRY:       CURRENT STATUS: WI
                                  ABC MEMBER: N  PHOTO ATTACHED(Y/N): Y
ELIGIBILITY: 274A.12( C )( 18 ) PROV CODE:   MULTIPLE(Y/N): N   NONE(Y/N): N
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(ENTER DATES AS MMDDCCYY)                          ISSUE CODE: 1
EMPLOYMENT START DATE: 06142006       CARD ISSUE/DENIAL DATE: 06142006
      EXPIRATION DATE: 06132007  OFFICER ID: WAS6805   DENIAL CODE:
NAME ON CARD:                         SERIAL NBR:


UPDATE ALLOWED
        PF4          PF6          PF8        PF9         PF10        PF11        PF12
   PRIOR MENU   MAIN MENU      LOGOFF      REMIT      REP/ATTY      STATUS   PRINT CARD
```

GOVERNMENT
EXHIBIT
2