UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARJEET KAUR et al., )<br>)<br>  Petitioners )<br>) Civil Action No. 06-0765<br>v. )<br>)<br>MICHEAL CHERTOFF, et al., )<br>)<br>  Respondents )<br>) | |

**MOTION FOR EXTENSION OF TIME TO REPLY
TO DEFENDANTS' MOTION TO DISMISS**

   Petitioners Amarjeet Kaur and Balwinder Singh Malhi respectfully request an extension of time within which to respond to Respondents' motion to dismiss this case. Counsel for Petitioners attempted to contact counsel for Respondents in order to obtain their agreement to this motion but were directed to a voice mail indicating that that counsel for Respondents would be unable to answer phone calls between September 1 and September 8, 2006 and would not be able to return messages.

   Wherefore, Petitioners request that this motion be granted and the court permit Petitioners to file a motion in opposition to Respondents' motion to dismiss on or before September 21, 2006.

Respectfully Submitted,

_____/s/_____
Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW

                                                            Washington, DC 20036
                                                            Ph. 202-638-2777
                                                            Fax. 202-638-1677

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMARJEET KAUR et al.,** | ) |
| | ) |
| Petitioners | ) |
| | )   **Civil Action No. 06-0765** |
| v. | ) |
| | ) |
| **MICHEAL CHERTOFF, et al.,** | ) |
| | ) |
| Respondents | ) |

## ORDER

Upon consideration of Petitioners' Motion to Extend Time to respond to Respondent's Motion to Dismiss, it is hereby

[ORDERED that Petitioners' Motion to Extend Time to respond to Respondent's Motion to Dismiss is hereby GRANTED, and Respondents shall have up to and including September 21, 2006 to answer or otherwise respond to the Motion to Dismiss.]

Date this _____ day _____ , 2006.

_____
UNITED STATES DISTRICT JUDGE