UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMARJEET KAUR et al., | ) ) ) | |
| Petitioners, | ) ) | Civil Action No. 06-0765 (RBW) |
| v. | ) ) | |
| MICHAEL CHERTOFF, et al., | ) ) | |
| Respondents. | ) ) | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Petitioners Amarjeet Kaur and Balwinder Singh Malhi respectfully request leave to amend their original complaint pursuant to Fed. R. Civ. P.15 and LCvR 7(i). Fed. R. Civ. P.15 provides that a motion to amend a complaint "shall be freely given when justice so requires," and courts have held that it may be an abuse of discretion to deny leave to amend unless there is a showing of prejudice. *Forman v. Davis*, 371 U.S.178 (1962); *Jackson v. Bank of Hawaii*, 902 F.2d 1385 (9th Cir. 1990).

Petitioners seek only to amend their complaint to clarify confusing language and to address concerns raised by Respondents in their Motion to Dismiss. Petitioners' previous complaint requested that this honorable court "adjudicate Mrs. Kaur's Immigration Petition for Alien Relative (Form I-130) filed on behalf of her husband, Mr. Balwinder Singh Malhi, on April 28, 2001." (Pet. at 1-2). In the alternative, Petitioners requested that the court "compel the adjudication of a more recent Immigrant Petition for

Alien Relative (Form I-130) filed by Mrs. Kaur on behalf of her husband on February 22, 2005." (Pet. at 2).

Petitioners seek to clarify these requests for adjudication of both petitions, as the wording may have confused Petitioners' actual intent.  Specifically, Petitioners sought to compel the adjudication of the earlier Immigrant Petition for Alien Relative (Form I-130) submitted on April 28, 2001, as the filing date of the earlier petition has important consequences under immigration law.  Petitioners only sought to reserve the right to have the second petition adjudicated if the filing date would remain the same as that of the first petition.  The attached amended complaint clarifies this request.

Respectfully Submitted,

_____
Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

AMARJEET KAUR et al.,        )
                             )
    Petitioners          )
                             )    Civil Action No. 06-0765
    v.                   )
                             )
MICHAEL CHERTOFF, et al.,    )
                             )
    Respondents          )
_____)

## ORDER

Upon consideration of Petitioners' Motion for Leave to File an Amended Complaint, it is hereby ORDERED that Petitioners Motion for Leave to File an Amended Complaint is GRANTED/DENIED.

Date this _____ day _____ , 2006.

_____

                       UNITED STATES DISTRICT JUDGE