I CERTIFY THAT I JOINED TOGETHER IN MARRIAGE:



Balwinder Snigh Malhi , HUSBAND,

AND Amarjit Kaur , WIFE,

ON April 13, 2001 IN Leesburg , VIRGINIA,

BY AUTHORITY OF A LICENSE ISSUED BY THE CLERK OF THE CIRCUIT COURT OF

Loudoun County , VIRGINIA, DATED April 13, 2001

GIVEN UNDER MY HAND ON April 13, 2001

Jay L. Peugh
(Signature of Officiant)

Circuit Court Approved
(Title of Officiant)

COMMONWEALTH OF VIRGINIA
STATE DEPARTMENT OF HEALTH



VS 1B 3/97