Att. 2

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH — DIVISION OF VITAL RECORDS

| | |
|---|---|
| STATE FILE NUMBER: | 145-01-065361 |
| NAME OF REGISTRANT: | SUKHPAL SINGH MALHI |
| DATE OF BIRTH: | SEPTEMBER 2, 2001 |
| SEX: | MALE |
| PLACE OF BIRTH: | FAIRFAX COUNTY, VIRGINIA |
| MAIDEN NAME OF MOTHER: | AMARJEET KAUR |
| AGE OF MOTHER: | 31 |
| MOTHER'S PLACE OF BIRTH: | INDIA |
| NAME OF FATHER: | BALWINDER SINGH MALHI |
| AGE OF FATHER: | 30 |
| FATHER'S PLACE OF BIRTH: | INDIA |
| DATE RECORD FILED: | SEPTEMBER 28, 2001 |

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED    December 03, 2001

*Deborah Little-Bowser*, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.

VS 158

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED