Att. 3

Blumberg No. 5116

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

# COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS
### CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER:            145-03-035245

NAME OF REGISTRANT:          MANJOT KAUR MALHI

DATE OF BIRTH:               MAY 16, 2003          SEX:    FEMALE

PLACE OF BIRTH:              FAIRFAX COUNTY, VIRGINIA

MAIDEN NAME OF MOTHER:       AMARJEET KAUR

AGE OF MOTHER:               33

MOTHER'S PLACE OF BIRTH:     INDIA

NAME OF FATHER:              BALWINDER SINGH MALHI

AGE OF FATHER:               31

FATHER'S PLACE OF BIRTH:     INDIA

DATE RECORD FILED:           MAY 30, 2003

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED    July    17, 2003



Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.

VS 15B