Att. 5

**BALWINDER S. MALHI**
**AMARJEET MALHI**
703-421-9781
1493 POWELLS TAVERN PL.
HERNDON, VA 20170-2882

04-01

EQC-01-246-57021
VT 34188
08-14-01

1002

Date 4/28/01

Pay to the order of US INS    $ 1330.00

One ~~hundred~~ three hundred thirty dollars only    Dollars

Bank of America.

ACH R/T 051000017

For A/c A845-262-076    Balwinder S Malhi

⑆051000017⑆ 004122115659⑈ 1002 ⑉00000110000⑉

**For Deposit Only**
U.S. Imm. & Natz. Service
[illegible] Service Center

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

IMPORTANT: The back of this document has been printed with a patented [illegible] process in order to deter check fraud.
If you do not clearly see the words "Original Document" and the Secure Weave" pattern, or the word VOID appears to the right of this message, do not [illegible]
U.S. Patent No. 5,510,199

VOID VOID

[illegible] design is a certification mark of Check Payment Systems Association