# U. S. Citizenship and Immigration Services

TEXT ONLY  HOME  WHAT'S NEW  FAQs  SEARCH  GLOSSARY  FEEDBACK  TRANSLATE  PRINTPAGE

**Immigration Services and Benefits**

National Customer Service Call Center (NCSC)
- Call Scripts and Information
- Case Status Online
  - Case Status Search
  - Register
  - Login
  - Case Status FAQs

## Case Status

Receipt Number: EAC0124651021

Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE (E), OR ORPHAN

Current Status:

On April 11, 2005, we transferred your I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN to an office in WASHINGTON, DC for processing. Our office in WASHINGTON, DC will send you a written decision as soon as processing is complete. You should receive a notice informing you that your case has been transferred to a local office. Please call the National Customer Service Center at (800) 375-5283 to receive information about local office processing times.

---

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

[Get Acrobat Reader]

04-28-2005 12:11 PM EDT

https://egov.immigration.gov/cris/caseStatusSearch.do                4/28/2005