FedEx Express  U.S. Mail: PO Box 727  Telephone 901-369-3600
Customer Support  Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



February 06, 2006

IMANE FARID
(202) 638-1677

Dear IMANE FARID:

Our records reflect the following delivery information for the shipment with the tracking number 827485685048.

Delivery Information:

Signed For By: W.BUSHEY

8125 6449 5786 A413

Delivered to: 75 L WELDON ST

Delivery Date: April 30, 2001

Delivery Time: 10:43 AM

Shipping Information:

Tracking No: 827485685048                    Ship Date: April 28, 2001

Shipper: M B SANTA                           Recipient: USINS
                                                        INMIGRATION &
63 SMORAN AVE                                           NATURALIZATION
ISELIN, NJ 08830                                        75 LOWER WELDEN STREET
US                                                      ST ALBANS, VT 05479
                                                        US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: 0206022126

This Information is provided subject to the FedEx Service Guide.

**FedEx Express — USA Airbill**

FedEx Tracking Number: 827485685048

Sender's Copy

**From**
Date: 4/28/07
Sender's Name: M. B. Singh
Phone: (732) 283-7601
Address: 63 Smora Ave #
City: Iselin  State: NJ  ZIP: 08830

**To**
Recipient's Name: US INS
Company: Immigration & Naturalization Service
Address: 75 Lower Welden Street
City: St. Albans  State: VT  ZIP: 05479-0001

4a Express Package Service: ☒ FedEx Priority Overnight

5 Packaging: ☒ FedEx Envelope

7 Payment: ☒ Cash/Check

Total Packages: 1    Total Weight: 0.0    Total Declared Value: .00

15.08

404

4/5/2004

000077