Att. 8

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 28230345

I.N.S Registration No. A045262076

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

(complete and true signature of holder)

**Personal description of holder as of date of naturalization:**

Date of birth: SEPTEMBER 05, 1970
Sex: FEMALE
Height: 5 feet 5 inches
Marital status: MARRIED
Country of former nationality: INDIA

*Be it known that, pursuant to an application filed with the Attorney General at ARLINGTON, VIRGINIA*

*The Attorney General having found that*

**AMARJEET KAUR**

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**U.S. IMMIGRATION AND NATURALIZATION SERVICE**

at ARLINGTON, VIRGINIA on SEP 16 2004

*that such person is admitted as a citizen of the United States of America.*

(Commissioner of Immigration and Naturalization)

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE WITHOUT LAWFUL AUTHORITY.