U.S. Department of Homeland
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

FEB 14 2005

Refer to File Number:
LIN0501350793

BALWINDER S MALHI
320 RENEAU WAY
HERDON VA 20170

Dear Sir or Madam:

Case Type: I-765, EAD CARD
Beneficiary: BALWINDER S MALHI

## DECISION

This notice refers to your Application for Employment Authorization (Form I-765) properly filed on October 18, 2004, in which you are requesting employment based upon your filing of a pending application for adjustment of status to lawful permanent resident under Title 8, Code of Federal Regulations (8 CFR) 274a.12(c)(9). Upon consideration, it is ordered that the request be denied for the following reasons:

Title 8, Code of Federal Regulations 274a.12(c)(9) states, in pertinent part:

> Any alien who has filed an application for adjustment of status to lawful permanent resident pursuant to Part 245 of this chapter may apply for employment authorization during the period that application is pending.

Service records do not indicate you having a pending Form I-485, Application to Register Permanent Residence or Adjust, filed with this Service Center, prior to or concurrent with the filing of the Form I-765. Therefore, this makes you ineligible for employment authorization under 274a.12(c)(9).

There is no appeal to this decision. This denial is without prejudice to any future filing of an Application for Employment Authorization under any section of law for which you feel you may be eligible.

Sincerely,

Donald Neufeld
Acting Director

NSC/ KTP 159

Nebraska Service Center

www.uscis.gov