Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

Att. 10

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
| --- | --- | --- |
| MSC-05-175-22227 | | I-130 - Petition for Alien Relative |
| Received Date: | Priority Date: | Petitioner: A045262076 |
| March 10, 2005 | | KAUR, AMARJEET |
| Notice Date: | Page 1 OF 1 | Beneficiary: A075302081 |
| March 28, 2005 | | MALHI, BALWINDER |

PAUL ALLEN
1329 18TH ST NW
WASHINGTON, DC 20036

Notice Type: Receipt Notice
Amount Received: $185.00

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



EXHIBIT 7