Department of Homeland Security
U.S. Citizenship and Immigration Service

Case 1:06-cv-00765-RBW    Document 8-13    Filed 09/20/2006    Page 1 of 1

I-797C Notice

Att. 12

# THE UNITED STATES OF AMERICA

| Receipt Number: | Case Type: |
|---|---|
| MSC-05-200-20982 | I-765 - Application for Employment Authorization Document |

| Received Date: | Priority Date: | Applicant: A075302081 |
|---|---|---|
| April 15, 2005 | | MALHI, BALWINDER |

| Notice Date: | Page | ASC Code: 2 |
|---|---|---|
| April 20, 2005 | 1 OF 1 | |

PAUL ALLEN
1329 18TH ST NW
WASHINGTON DC 20036

Notice Type:   Receipt Notice

Amount Received:   $175.00

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**BIOMETRICS-**
The next step is to have your biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. For TDD hearing impaired assistance, please call 1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

04-25-05P01:16 RCVD

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283



5087478    0002137029                                Form I-797C (Rev. 11/28/03) N