

U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

U.S. Citizenship
and Immigration
Services

Att. 14

Date: 8/23/05

Alien No. O75 302 081
Applicant Name: BALWINDER S. MALHI
Address: 320 RENAU WAY

HERNDON, VA. 20170

## DECISION

You have failed to establish eligibility for employment authorization under 8 CFR 274.12(A) or (c).

Accordingly, your application for employment authorization has been denied. There is not appeal to this decision. This decision is without prejudice to consideration of subsequent applications filed with U.S. Citizenship and Immigration Services.

Sincerely,

Phyllis A. Howard

Phyllis Howard,
District Director for Services