


I CERTIFY THAT I JOINED TOGETHER IN MARRIAGE:

Balwinder Singh Malhi, HUSBAND,

AND Amarjit Kaur, WIFE,

ON April 13, 2001 IN Leesburg, VIRGINIA,

BY AUTHORITY OF A LICENSE ISSUED BY THE CLERK OF THE CIRCUIT COURT OF

Loudoun County, VIRGINIA, DATED April 13, 2001

GIVEN UNDER MY HAND ON April 13, 2001

_____
(Signature of Officiant)

Circuit Court Apprentice
(Title of Officiant)

COMMONWEALTH OF VIRGINIA
STATE DEPARTMENT OF HEALTH

VS 1B 3/97