Att. 3

VERIFY PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

## COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS
### CERTIFICATE OF LIVE BIRTH

| | |
|---|---|
| STATE FILE NUMBER: | 145-03-035245 |
| NAME OF REGISTRANT: | MANJOT KAUR MALHI |
| DATE OF BIRTH: | MAY 16, 2003 |
| SEX: | FEMALE |
| PLACE OF BIRTH: | FAIRFAX COUNTY, VIRGINIA |
| MAIDEN NAME OF MOTHER: | AMARJEET KAUR |
| AGE OF MOTHER: | 33 |
| MOTHER'S PLACE OF BIRTH: | INDIA |
| NAME OF FATHER: | BALWINDER SINGH MALHI |
| AGE OF FATHER: | 31 |
| FATHER'S PLACE OF BIRTH: | INDIA |
| DATE RECORD FILED: | MAY 30, 2003 |



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED: July 17, 2003

Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly impressed. Section 32.1-272, Code of Virginia, as amended.

VS 15B