Att. 4

Amarjeet Kaur
1493 Powell Tavern Pl.
Herndon, VA 20170.

April 28, 2001

Immigration & Naturalization Service
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001.

Re: Petition for alien husband under Section 245(i)
Petitioner: Amarjeet Kaur
Beneficiary: Balwinder Singh Malhi
File # : A045-262-076

Dear Sir/Madam:

Under Section 245(i) provision of the Legal Immigration and Family Equity Act of 2000 (LIFE Act), I submit herewith the following:

1. I-130 Petition for Alien husband;
2. Photocopy of green card;
3. Photocopy of marriage certificate;
4. 2 Immigration style photos of self and 4 for spouse;
5. Photocopy of birth certificate for self;
6. Photocopy of passport and Work Authorization of spouse;
7. Form G-325A Biographic Information for self;
8. Form G-325A Biographic Information for spouse;
9. I-485 for Application to Register Permanent Residence for spouse;
10. Supplement A to Form I-485;
11. Photocopy of Divorce Decree of self and spouse
12. Check in the amount of $1330.00 ($1000.00+$220.00+$110.00)

Should you need any further document(s), please feel free to write to me.

Thanking you.

Very Truly Yours,

Amarjeet Kaur
Encls:

Department of Justice
Immigration and Naturalization Service (INS)

**Petition for Alien Relative**

OMB #1115-0054

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Field | Action Stamp | Fee Stamp |
|---|---|---|
| c ID# | | |
| 8 or Volag # | | |

Section of Law:
- [ ] 201 (b) spouse  [ ] 203 (a)(1)
- [ ] 201 (b) child   [ ] 203 (a)(2)
- [ ] 201 (b) parent  [ ] 203 (a)(4)
- [ ] 203 (a)(5)

CON: _____

Petition was filed on: _____ (priority date)
- [ ] Personal Interview          [ ] Previously Forwarded
- [ ] Pet. [ ] Ben. "A" File Reviewed   [ ] Stateside Criteria
- [ ] Field Investigations        [ ] I-485 Simultaneously
- [ ] 204 (a)(2)(A) Resolved      [ ] 204 (h) Resolved

Remarks:

## Relationship

The alien relative is my:
[X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child

2. Are you related by adoption? [ ] Yes  [X] No
3. Did you gain permanent residence through adoption? [ ] Yes  [X] No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle)
   KAUR    AMARJEET    -

2. Address (Number and Street) (Apartment Number)
   1493 Powell Tavern Pl.    -

   (Town or City) Herndon  (State/Country) VA/USA  (ZIP/Postal Code) 20170

3. Place of Birth (Town or City) Raikot  (State/Country) Punjab/India

4. Date of Birth (Mo/Day/Yr): 9-5-1970
5. Sex: [ ] Male  [X] Female
6. Marital Status: [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name): None

8. Date and Place of Present Marriage (if married): 4-13-2001 - Virginia, USA

9. Social Security Number: 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
10. Alien Registration Number (if any): A-045-262-076

11. Names of Prior Husbands/Wives: Kuldip S. Pakhar
12. Date(s) Marriages(s) Ended: 1997

If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [ ] Naturalization (Give number of certificate, date and place it was issued)
- [ ] Parents

Have you obtained a certificate of citizenship in your own name?
[ ] Yes  [ ] No
If "Yes", give number of certificate, date and place it was issued

If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
6/96 - SF/USA  (Photocopy attached)

Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?  [X] Yes  [ ] No

## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle)
   MALHI    BALWINDER    SINGH

2. Address (Number and Street) (Apartment Number)
   1493 Powell Tavern Pl.    -

   (Town or City) Herndon  (State/Country) VA/USA  (ZIP/Postal Code) 20170

3. Place of Birth (Town or City) Gurdaspur  (State/Country) Punjab/India

4. Date of Birth (Mo/Day/Yr): 4-16-1972
5. Sex: [X] Male  [ ] Female
6. Marital Status: [X] Married  [ ] Single  [ ] Widowed  [ ] Divorced

7. Other Names Used (including maiden name): None

8. Date and Place of Present Marriage (if married): 4-13-2001 - Virginia, USA

9. Social Security Number: 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
10. Alien Registration Number (if any): A075-302-081

11. Names of Prior Husbands/Wives: Karamjit Kaur
12. Date(s) Marriages(s) Ended: 8-11-2000

13. Has your relative ever been in the U.S.? [X] Yes  [ ] No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
    EWI

    Arrival/Departure Record (I-94) Number: _____
    Date arrived (Month/Day/Year): 10-17-1996

    Date authorized stay expired, or will expire, as shown on Form I-94 or I-95: NA

15. Name and address of present employer (if any): ANH Trucking, Herndon, VA
    Date this employment began (Month/Day/Year): 2/01

16. Has your relative ever been under immigration proceedings?
    [X] Yes  [ ] No  Where _____  When _____
    [ ] Exclusion  [ ] Deportation  [ ] Recission  [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | |
|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |

Form I-130 (Rev. 10/13/98)N

**(continued) Information about your alien relative**

List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Balwinder Singh Malhi | Husband | 4-16-1972 | India |
| | | | |
| | | | |

Address in the United States where your relative intends to live
(Number and Street): 1493 Powell Tavern Pl.
(Town or City): Herndon
(State): VA

Your relative's address abroad
(Number and Street): NA
(Town or City): 
(Province): 
(Country): 
(Phone Number): 

If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:
(Name): NA
(Number and Street): 
Town or City: 
(Province): 
(Country): 

If filing for your husband/wife, give last address at which you both lived together:
(Name) (Number and Street) (Town or City) (Province) (Country): 1493 Powell Tavern Pl., Herndon, VA  USA
From (Month) (Year): 4  2001
To (Month) (Year): Present

Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at  Alexandria,  VA  . If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## Other Information

- If separate petitions are also being submitted for other relatives, give names of each and relationship.
  None
- Have you ever filed a petition for this or any other alien before? ☐ Yes  ☒ No
  If "Yes," give name, place and date of filing, and result.

Warning: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

Penalties: You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature: AMARJEET KAUR   Date: 4/25/01   Phone Number: 703-421-9781

Signature of Person Preparing Form if Other than Above
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.
Print Name: M.B. Singh   (Address): 133-24 Sanford Ave. #8G Flushing, NY 11355   (Signature): [signed]   (Date): 4/25/01

G-28 ID Number: 

Volag Number: 

Form I-130 (Rev. 10/13/98)N

### NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.

NOTE: You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.

---

Name of relative (Family name in CAPS) (First) (Middle)
MALHI    BALWINDER    SINGH

Other names used by relative (Including maiden name)
NONE

Country of relative's birth: INDIA
4. Date of relative's birth (Month/Day/Year): 4-16-1972

Your name (Last name in CAPS) (First) (Middle)
KAUR    AMARJEET

6. Your phone number: 703-421-9781

Stamp    SECTION    DATE PETITION FILED
☐ 201 (b)(spouse)
☐ 201 (b)(child)
☐ 201 (b)(parent)
☐ 203 (a)(1)
☐ 203 (a)(2)    ☐ STATESIDE CRITERIA GRANTED
☐ 203 (a)(4)
☐ 203 (a)(5)    SENT TO CONSUL AT:

### CHECKLIST

Have you answered each question?
Have you signed the petition?
Have you enclosed:

☒ The filing fee for each petition?
☒ Proof of your citizenship or lawful permanent residence?
☒ All required supporting documents for each petition?

If you are filing for your husband or wife have you included:

☒ Your picture?
☒ His or her picture?
☒ Your G-325A?
☒ His or her G-325A?

Relative Petition Card
Form I-130 (Rev. 10/13/98)N





U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service
**EMPLOYMENT AUTHORIZATION CARD**
The persons identified is authorized to work in the U.S. for the validity of this card.
NAME  BALHI, BALWINDER S
Balwinder S. Malhi
INS A# 075-302-081
CARD # WAC 0026551778
Sex M


NOT VALID FOR REENTRY TO U.S.
CARD VALID FROM 10/13/00  EXPIRES 10/12/01

OMB No. 1115-0053

Department of Justice
Immigration and Naturalization Service

**Form I-485, Application to Register Permanent Resident or Adjust Status**

START HERE - Please Type or Print

### Part 1. Information About You.

Family Name: MALHI
Given Name: BALWINDER
Middle Initial: S.

Address - C/O:

Street Number and Name: 1493 Powell Tavern Pl.
Apt. #: —

City: Herndon

State: VA
Zip Code: 20170

Date of Birth (month/day/year): 4-16-1972
Country of Birth: India

Social Security #: 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
A # (if any): 075-302-081

Date of Last Arrival (month/day/year): 10-17-1996
I-94 #: None

Current INS Status: Asylum Applicant
Expires on (month/day/year): NA

### Part 2. Application Type. (check one)

I am applying for an adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice— or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☒ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR INS USE ONLY**

Returned:

Receipt:

Resubmitted:

Reloc Sent:

Reloc Rec'd:

Applicant Interviewed:

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

Country Chargeable:

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other _____

Preference:

Action Block:

To be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #:
ATTY State License #:

Continued on back

Form I-485 (Rev. 02/07/00)N Page 1

**3. Processing Information.**

| | | |
|---|---|---|
| wn/Village of Birth | Gurdaspur, India | Current Occupation  Driver |
| er's First Name  GURBACHAN | | Your Father's First Name  BALKAR |

name exactly how it appears on your Arrival /Departure Record (Form I-94)
NA

| | | |
|---|---|---|
| ast Entry Into the U.S. (City/State)  Blaine, WA | | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) |
| inspected by a U.S. Immigration Officer?  ☐ Yes  ☒ No | | EWI |
| grant Visa Number  None | | Consulate Where Visa Was Issued  NA |
| Was Issued  NA y/year) | Sex:  ☒ Male  ☐ Female | Marital Status  ☒ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

ver before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

r present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| KAUR | AMARJEET | — | 9-5-1970 |
| Birth  India | Relationship  Wife | A # 045-262-076 | Applying with You?  ☐ Yes  ☒ No |
| | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |

r present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a piece of paper.

a member of a Sikh Political party.

Form I-485 (Rev. 02/07/00)N Page 2

## Processing Information. *(Continued)*

...ver the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily ...you are not entitled to adjust your status or register for permanent residence.)

...ou ever, in or outside the U.S.:

a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No

b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No

c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.? ☐ Yes ☒ No

...ou received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or ...pality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

...ou ever:

a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No

b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No

c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No

d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

...ou ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or ...for, or have you through any means ever assisted or provided any type of material support to, any person or organization ...s ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of ...st activity? ☐ Yes ☒ No

...u intend to engage in the U.S. in:

1. espionage? ☐ Yes ☒ No

2. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No

3. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

...ou ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

...u, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany ... organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or ...ise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

...ou ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person ...e of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

...you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, ...you now in exclusion or deportation proceedings? ☐ Yes ☒ No

...ou under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent ...ents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other ...entation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

...ou ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

...ou ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not ...mplied with that requirement or obtained a waiver? ☐ Yes ☒ No

...u now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

...u plan to practice polygamy in the U.S.? ☐ Yes ☒ No

Continued on back

Form I-485 (Rev. 02/07/00)N Page 3

**Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

...der penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the ...ny information from my records which the INS needs to determine eligibility for the benefit I am seeking.

...Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide ...istration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS ... to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering ...elective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *Balwinder S Malhi* | BALWINDER SINGH MALHI | 4/25/01 | 703-421-9781 |

...ote: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.

**5. Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

...re that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *[signature]* | M.B. SINGH | 4/25/01 | 908-429-8008 Ext. 329 |

Name / Address: 133-24 Sanford Ave. #8G, Flushing, NY 11355.

Form I-485 (Rev. 02/07/00)N Page 4

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

**Supplement A to Form I-485**

START HERE - Please Type or Print

### Part 1. Information about applicant

| Family Name | MALHI | First Name | BALWINDER | Middle Name | S. |

Address - C/O

| Street Number and Name | 1493 Powell Tavern Pl. | Apt. Suite | - |

| City | Herndon | State or Province | VA |

| Country | USA | Zip/Postal Code | 20170 |

| INS A# | 075-302-081 | Date of Birth (month/day/year) | 4-16-1972 | Country of Birth | India |

**FOR INS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed

File Reviewed | Class of Adjustment Code:

To Be Completed by Attorney or Representative, if any
☐ Check if G-28 is attached showing you represent the petitioner

VOLAG#

ATTY State License #

### Part 2. Basis for eligibility (check one)

1. On Form I-485, Part 2, I checked application type (check one):

   a. ☐ An immigrant petition. Go to #2.
   b. ☒ My spouse or parent applied. Go to #2.
   c. ☐ I entered as a K-1 fiancé(e). Stop here. Do not file this form.
   d. ☐ I was granted asylum. Stop here. Do not file this form.
   e. ☐ I am a native or citizen of Cuba. Go to #3.
   f. ☐ I am the husband, wife or child of a Cuban. Go to #3.
   g. ☐ I have continuously resided in the U.S. Stop here. Do not file this form.
   h. ☐ Other. Go to #2.
   i. ☐ I am already a permanent resident. Stop here. Do not file this form.
   j. ☐ I am already a permanent resident and am the husband, wife or unmarried child of a Cuban. Stop here. Do not file this form.

2. I have filed Form I-360 and I am applying for adjustment of status as a special immigrant juvenile court dependent or a special immigrant who has served in the United States Armed Forces (check one).

   ☐ Yes  Stop here. Do not file this form.    ☒ No  Go to #3.

3. On Form I-485, Part 2, I checked block (e) or (f) and I last entered the United States legally after having been inspected and admitted or paroled.  ☐ Yes Stop here. Do not file this form.   ☒ No Go to #11.

4. I last entered the United States (check one):

   ☐ As a stowaway. Go to #11.
   ☐ Legally as a crewman (D-1/D-2 visa). Go to #11.
   ☐ Without inspection. Go to #11.
   ☐ Legally in transit without visa status. Go to #11.
   ☐ Legally without a visa as a visitor for tourism or business. Go to #5.
   ☐ Legally as a parolee. Go to #5.
   ☐ Legally with another type of visa (show type _____). Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business, and I am applying for adjustment of status as the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen (check one).

   ☐ Yes Stop here. Do not file this form.   ☐ No Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa, and I am applying for adjustment of status (check one):

   ☐ As the spouse, unmarried child (under 21 years of age), parent, widow or widower of a United States citizen. Stop here. Do not file this form.
   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360. Stop here. Do not file this form.
   ☐ Under some other category. Go to #7.

Form I-485 (01/18/01)Y - Supplement A

**Part 2.  (continued)**

7.  I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status, and I am applying for adjustment of status under Public Law 101-167 *(check one).*

    ☐ Yes  Stop here. Do not file this form.    ☐ No  Go to #8.

8.  I have been employed in the United States after January 1, 1977 without INS authorization *(check one).*

    ☐ Yes  Go to #9.    ☐ No  Go to #10.

9.  I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA). I was employed without INS authorization only on or before November 29, 1990, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one):*

    ☐ Yes  Stop here. Do not file this form.    ☐ No  Go to #10.

10. I am now in lawful immigration status, and I have always maintained a lawful immigration status while in the United States after November 5, 1986 *(check one).*

    ☐ Yes  Stop here. Do not file this form.

    ☐ No, but I believe that INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons. Stop here. Do not file this form. Attach an explanation regarding this question to your Form I-485 application.

    ☐ No  Go to #11.

11. I am unmarried and less than 17 years old *(check one).*

    ☐ Yes  Stop here. File this form and Form I-485.  Pay only the fee required with Form I-485.
    ☒ No   Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien, and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one).*

    ☐ Yes  Stop here. File this form and Form I-485.  Pay only the fee required with Form I-485.
    ☒ No   Go to #13.

13. File this form and Form I-485. You must pay the additional sum of :

    $   220.00 - Fee required with Form I-485* and
    $1,000.00 - Additional sum under section 245(i) of the Act
    $1,220.00 - Total amount you must pay.

    *If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $1,000.00. In #11 and/or #12, show the answer you would have given on the date you filed Form I-485.

**Part 3.**  Signature. Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition, he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Balwinder S. Malhi* | BALWINDER S. MALHI | 4/25/01 | 703-421-9781 |

Please Note: If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

**Part 4.**  Signature of person preparing form, if other than above. *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
|  | M.B. Singh | 4/25/01 | 908-429-8008 Ext. 29 |

| Firm Name and Address | 133-24 Sanford Ave. #8G  Flushing, NY 11355. |
|---|---|

Form I-485 (01/18/01)-Y- Supplement A  Page 2

Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066
**BIOGRAPHIC INFORMATION**

| (Family name) | (First name) | (Middle name) | Sex | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| MALHI | BALWINDER | SINGH | ☒ MALE ☐ FEMALE | 4-16-1972 | Indian | A-075-302-081 |

| OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Gurdaspur, Punjab, India | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | MALHI | BALKAR S. | 55, Pakistan | Batala, Punjab, India |
| MOTHER (Maiden name) | MALHI | GURBACHAN K. | 52, Pakistan | Batala, Punjab, India |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | KAUR | AMARJEET | 9-5-1970 | Raikot, Punjab India | 4-13-01 | VA, USA |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| KAUR | KARAMJIT | | 6-24-93 – India | 8-11-00 – India |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 193 Powell Tavern Pl. | Herndon | VA | USA | 12 | 00 | PRESENT TIME | |
| 400 Sanwick Dr. #237 | Sacramento | CA | USA | 2 | 99 | 12 | 00 |
| 264 North Mark Ave. #220 | Fresno | CA | USA | 1 | 98 | 1 | 99 |
| 865 Victoria Landing | San Jose | CA | USA | 10 | 96 | 12 | 97 |
| PO: Batala, Gurdaspur | | Punjab | India | 4 | 72 | 9 | 96 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| As above | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| Trikala Express, 1632-W-Spruce, NH Trucking, VA | Olathe, Kansas City | Driver | 2 | 01 | PRESENT TIME | |
| &R Trucking, Fresno, CA | | Driver | 4 | 99 | 1 | 01 |
| Odd Jobs | | | 10 | 96 | 3 | 99 |
| Self employed | | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | Balwinder S. Malhi | 4/25/01 |

Submit all four pages of this form.
If your native alphabet is other than roman letters, write your name in your native alphabet here:
ਬਲਵਿੰਦਰ ਸਿੰਘ ਮਾਲ੍ਹੀ

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| MALHI | BALWINDER | SINGH | A-075-302-081 |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

(3) C.

Form G-325A (Rev. 09/11/00) Y Page 3

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | SEX | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| KAUR | AMARJEET | - | ☐ MALE ☒ FEMALE | 9-5-1970 | Indian | A-045-262-076 |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Raikot, Punjab, India | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | SINGH | KARNAIL | Deceased | |
| MOTHER (Maiden name) | KAUR | HARBANS | 50, India | Raikot, Ludhiana, India |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | MALHI | BALWINDER | 4-16-1972 | Gurdaspur, Punjab, India | 4-13-01 | VA, USA |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| PAKHAR | KULDIP | Unknown | 6/95 - India | 1997, CA, USA |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 1493 Powell Tavern Pl., | Herndon | VA | USA | 3 | 99 | PRESENT TIME | |
| 46690 Paragon Terrace | Sterling | VA | USA | 4 | 97 | 2 | 99 |
| 1301 Buccaneer Ct. | Modesto | CA | USA | 6 | 96 | 3 | 97 |
| VPO Raikot | Jagraon | Punjab | India | 9 | 70 | 6 | 96 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| As above | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| Fairfax School Canteen, VA | Cashier | 6 | 00 | PRESENT TIME | |
| Macdonald, Sterling, VA | Cashier | 5 | 97 | 11 | 99 |
| None | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT
☒ OTHER Relative Petition

SIGNATURE OF APPLICANT: AMARJEET KAUR
DATE: 4/25/01

If your native alphabet is other than roman letters, write your name in your native alphabet here: ਅਮਰਜੀਤ ਕੌਰ

Submit all four pages of this form.

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| KAUR | AMARJEET | - | A-045-262-076 |

(OTHER AGENCY USE)

INS USE (Office of Origin)
OFFICE CODE:
TYPE OF CASE:
DATE:

(2) Rec. Br.                    Form G-325A (Rev. 09/11/00) Y Page 2