```
BALWINDER S. MALHI        04-01    EQC-01-246-57021                    1002
AMARJEET MALHI                     VT 34188
703-421-9781                       08-14-01
1493 POWELLS TAVERN PL.                      Date 4/28/01  BSM   68-1/510 VA
HERNDON, VA 20170-2882                                              1674
                                                                110.00
Pay to the   US INS                      BSM              $  1330.00
order of                                 ten
   One            BSM  three hundred  thirty dollars only  Dollars

Bank of America

ACH R/T 051000017
For A/c A845-262-076              Balwinder S. Malhi

⑈051000017⑈  004122115659⑈  1002  ⑈000001100⑈
```

