# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQs   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINT/PAGE

**Immigration Services and Benefits**

National Customer Service Call Center (NCSC)

Call Scripts and Information

Case Status Online

   Case Status Search

   Register

   Login

   Case Status FAQs

## Case Status

**Receipt Number: EAC0124651021**

**Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE (E), OR ORPHAN**

**Current Status:**

On April 11, 2005, we transferred your I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN to an office in WASHINGTON, DC for processing. Our office in WASHINGTON, DC will send you a written decision as soon as processing is complete. You should receive a notice informing you that your case has been transferred to a local office. Please call the National Customer Service Center at (800) 375-5283 to receive information about local office processing times.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

---

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

**04-28-2005 12:11 PM EDT**