Mar 23 03 01:55p

Att. 11

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
| --- | --- | --- |
| MSC-05-175-22226 | | I-485 - Application to Register Permanent Residence or Adjust Status |
| Received Date: March 10, 2005 | Priority Date: | Applicant: A075302081 MALHI, BALWINDER |
| Notice Date: March 28, 2005 | Page 1 OF 1 | ASC Code: 3 |

PAUL ALLEN
1329 18TH ST NW
WASHINGTON DC 20036

| Notice Type: | Receipt Notice |
| --- | --- |
| Amount Received: | $385.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

### FINGERPRINTING AND BIOMETRICS-

The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at 1-800-375-5283 to schedule your appointment. For TDD hearing impaired assistance, please call 1-800-767-1833.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at 1-800-375-5283.

### WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

If you do not bring this letter and photo identification, we cannot process you.
Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
TENPRINTS QA REVIEW BY: 82586 ON 4-26-05

03-30-05P05:44 RCVD

### CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

