

U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031

U.S. Citizenship
and Immigration
Services

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
UNITED STATES CITIZENSHIP AND IMMIGRATION AND SERVICES
2675 PROSPERITY AVENUE
FAIRFAX, VA 22031
NOTICE OF APPROVAL OF RELATIVE IMMIGRANT VISA PETITION

NAME AND ADDRESS OF PETITIONER
Amarjeet Kaur

320 Reneauway

Herndon, VA  20170

| NAME OF BENEFICIARY | |
|---|---|
| Balwinder Malhi | |
| CLASSIFICATION | FILE NO. |
| IR6 | A 075302081 |
| DATE PETITION FILED | DATE OF APPROVAL OF PETITION |
| 03/10/2005 | 07/10/2006 |

DATE: July 10, 2006

The visa petition you filed has been approved. The beneficiary for whom you filed has been given the appropriate classification. Note the approval gives no assurance that the beneficiary will automatically been found eligible for visa issuance, admission to the United States or adjustment to lawful permanent resident status. Whether the beneficiary gets a visa is decided only when an application is made to a consular officer; whether the beneficiary is admitted or adjusts status in the United States is decided only when an application is made to an immigration officer.

1. ☐ YOUR PETITION TO CLASSIFY THE BENEFICIARY AS AN IMMEDIATE RELATIVE OF A UNITED STATES CITIZEN HAS BEEN FORWARDED TO THE UNITED STATES CONSULATE AT ____. THIS COMPLETES ALL ACTION BY THIS SERVICE ON THE PETITION. THE UNITED STATES CONSULATE, WHICH IS PART OF THE DEPARTMENT OF STATE, WILL CONTACT THE BENIFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. QUESTIONS ABOUT GETTING A VISA SHOULD BE MADE TO THE UNITED STATES CONSUL.

2. ☐ IF YOU BECOME A NATURALIZED CITIZEN OF THE UNITED STATES AND AN IMMIGRANT VISA HAS NOT YET BEEN ISSUED TO THE BENEFICIARY, NOTIFY THIS OFFICE IMMEDIATELY, GIVING THE DATE OF YOUR NATURALIZATION. IF THE PETITON WAS ON BEHALF OF YOUR SON OR DAUGHTER, PLEASE ADVISE WHETHER THAT PERSON IS STILL UNMARRIED. THIS INFORMATION MAY BE HELPFUL TO THE BENEFICIARY GETTING A VISA FASTER.

3. ☐ YOUR PETITION FOR PREFERENCE CLASSIFICATION HAS BEEN FORWARDED TO THE UNITED STATES CONSUL AT ____. THIS COMPLETES ALL ACTION BY THE SERVICE. THIS SERVICE DOES NOT ISSUE VISAS IN OTHER COUNTRIES. VISAS ARE ONLY ISSUED BY UNITED STATES CONSULS WHO ARE EMPLOYEES OF THE DEPARTMENT OF STATE. WHEN THE BENIFICIARY'S TURN IS REACHED ON THE VISA WAITING LIST, THE UNITED STATES CONSUL WILL CONTACT THE BENEFICIARY AND GIVE INSTRUCTIONS ABOUT GETTING A VISA. VISAS ARE ISSUED ACCORDING TO THE DATE THE PETITION WAS FILED. QUESTIONS ABOUT GETTING A VISA SHOULD BE ADDRESSES TO THE UNITED STATES CONSUL.

4. ☐ YOUR PETITION SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMANENT RESIDENT.

5. ☐ THE BENEFICIARY WILL BE INFORMED OF THE DECISION MADE ON THE PENDING APPLICATION TO BECOME A LAWFUL PERMANENT RESIDENT.

6. ☐ THE PETITONER SAYS THAT THE BENEFICIARY IS IN THE UNITED STATES AND WILL APPLY TO BECOME A LAWFUL PERMENENT RESIDENT. THE BENEFICIARY MAY NOT APPLY TO BECOME A PERMANENT RESIDENT, HOWEVER, UNTIL A VISA NUMBER IS AVAILABLE. INFORMATION ABOUT VISA NUMBERS MAY BE OBTAINED FROM THE UNITED STATES DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS, WASHINGTON, D.C.

7. ☐ ORIGINAL DOCUMENTS SUBMITTED IN SUPPORT OF YOUR PETITION UNACCOMPANIED BY COPIES HAVE BEEN MADE A PERMANENT PART OF THE PETITION. ANY OTHERS ARE BEING RETURNED WITH THIS FORM.



GOVERNMENT EXHIBIT
1

8. ☒  REMARKS:  A review of the service file in your case shows that you are in deportation/removal proceedings. Therefore any application for permanent resident status filed by you may only be considered in those proceedings.

Sincerely,

*[signature]*

Phyllis A. Howard
District Director/Services

OFFICER *[signature]* /EX 6037

Department of Justice
Immigration and Naturalization Service (INS)                    Petition [ ] Alien Relative          OMB #1115-0054

**DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY**

| Case ID # | Action Stamp | Fee Stamp |
|---|---|---|
| A# | APPROVED | |
| G-28 or Volag # | | |

Section of Law:
[ ] 201 (b) spouse        [ ] 203 (a)(1)
[ ] 201 (b) child         [ ] 203 (a)(2)
[ ] 201 (b) parent        [ ] 203 (a)(4)
                          [ ] 203 (a)(5)
AM CON:

Petition was filed on: _____ (priority date)
[ ] Personal Interview           [ ] Previously Forwarded
[ ] Pet. [ ] Ben. "A" File Reviewed   [ ] Stateside Criteria
[ ] Field Investigations         [ ] I-485 Simultaneously
[ ] 204 (a)(2)(A) Resolved       [ ] 204 (h) Resolved

Remarks:

## A. Relationship
1. The alien relative is my:
[X] Husband/Wife  [ ] Parent  [ ] Brother/Sister  [ ] Child
2. Are you related by adoption? [ ] Yes [X] No
3. Did you gain permanent residence through adoption? [ ] Yes [X] No

## B. Information about you
1. Name (Family name in CAPS) (First) (Middle): KAUR   AMARJEET   -
2. Address (Number and Street): 1493 Powell Tavern Pl.  (Apartment Number)
   (Town or City): Herndon   (State/Country): VA/USA   (ZIP/Postal Code): 20170
3. Place of Birth (Town or City): Raikot   (State/Country): Punjab/India
4. Date of Birth (Mo/Day/Yr): [redacted]
5. Sex: [ ] Male [X] Female
6. Marital Status: [X] Married [ ] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name): None
8. Date and Place of Present Marriage (if married): 4-13-2001 - Virginia, USA
9. Social Security Number: [redacted]
10. Alien Registration Number (if any): A-045-262-076
11. Names of Prior Husbands/Wives: Kuldip S. Pakhar
12. Date(s) Marriage(s) Ended: 1997

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
[ ] Birth in the U.S.
[ ] Naturalization (Give number of certificate, date and place it was issued)
[ ] Parents
Have you obtained a certificate of citizenship in your own name?
[ ] Yes [ ] No
If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
6/96 - SF/USA    (Photocopy attached)

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident? [X] Yes [ ] No

## C. Information about your alien relative
1. Name (Family name in CAPS) (First) (Middle): MALHI   BALWINDER   SINGH
2. Address (Number and Street): 1493 Powell Tavern Pl.   (Apartment Number)
   (Town or City): Herndon   (State/Country): VA/USA   (ZIP/Postal Code): 20170
3. Place of Birth (Town or City): Gurdaspur   (State/Country): Punjab/India
4. Date of Birth (Mo/Day/Yr): [redacted]
5. Sex: [X] Male [ ] Female
6. Marital Status: [X] Married [ ] Single [ ] Widowed [ ] Divorced
7. Other Names Used (including maiden name): None
8. Date and Place of Present Marriage (if married): 4-13-2001 - Virginia, USA
9. Social Security Number: [redacted]
10. Alien Registration Number (if any): A075-302-081
11. Names of Prior Husbands/Wives: Karamjit Kaur
12. Date(s) Marriage(s) Ended: 6-11-2000

13. Has your relative ever been in the U.S.? [X] Yes [ ] No
14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
EWI
Arrival/Departure Record (I-94) Number: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]
Date arrived (Month/Day/Year): 10-17-1996
Date authorized stay expired, or will expire, as shown on Form I-94 or I-95:
NA
15. Name and address of present employer (if any):
ANH Trucking, Herndon, VA
Date this employment began (Month/Day/Year): 2/01
16. Has your relative ever been under immigration proceedings?
[X] Yes [ ] No  Where _____  When _____
[ ] Exclusion [ ] Deportation [ ] Recission [ ] Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-130 (Rev. 10 13/93)N

**C. (continued) Information about your alien relative**

16. List husband/wife and all children of your relative (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Balwinder Singh Malhi | Husband | 4-16-1972 | India |
| | | | |

17. Address in the United States where your relative intends to live
    (Number and Street) 1493 Powell Tavern Pl.    (Town or City) Herndon    (State) VA

18. Your relative's address abroad
    (Number and Street) NA    (Town or City)    (Province)    (Country)    (Phone Number)

19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:
    (Name) NA    (Number and Street)    Town or City    (Province)    (Country)

20. If filing for your husband/wife, give last address at which you both lived together:
    (Name) (Number and Street) (Town or City) (Province) (Country) — 1493 Powell Tavern Pl., Herndon, VA    USA
    From (Month) 4 (Year) 2001    To (Month) Present (Year)

21. Check the appropriate box below and give the information required for the box you checked:
    ☐ Your relative will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country)
    ☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at Alexandria, VA (City) (State) If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in _____ (City) _____ (Country).
    (Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

**D. Other Information**

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.
   None

2. Have you ever filed a petition for this or any other alien before?    ☐ Yes    ☒ No
   If "Yes," give name, place and date of filing, and result.

Warning: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

Penalties: You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

Your Certification: I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature AMARJEET KAUR    Date 4/25/01    Phone Number 703-421-9781

Signature of Person Preparing Form if Other than Above
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.
Print Name M.B. Singh    (Address) 133-24 Sanford Ave. #8G, Flushing, NY 11355    (Signature) _____    (Date) 4/25/01

G-28 ID Number _____

Volag Number _____

Form I-130 (Rev. 10/13/98)N