Case 1:06-cv-00765-RBW   Document 10-3   Filed 10/20/2006

```
RCPT NBR: WAS-A0-625-70008    A-NBR: A 075-302-081    REFERENCE NBR: WASA053340043
OWNED BY: WAS         REMOTE TO:                      RECEIVED DATE: 06/14/2006
     NAME: MALHI                           BALWINDER
   STREET:
     CITY:                      STATE:       ZIP:              PHONE:    -   -
  CITZSHP:             COB: INDIA           DOB: 04161972        SEX:
 MAR STAT:         SSN NBR:                                   I94 NBR:
 DATE ARR:             POE:      MANNER LAST ENTRY:      CURRENT STATUS: WI
                                      ABC MEMBER: N  PHOTO ATTACHED(Y/N): Y
ELIGIBILITY: 274A.12( C )( 18 )  PROV CODE:    MULTIPLE(Y/N): N   NONE(Y/N): N
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(ENTER DATES AS MMDDCCYY)                              ISSUE CODE: 1
EMPLOYMENT START DATE: 06142006       CARD ISSUE/DENIAL DATE: 06142006
      EXPIRATION DATE: 06132007  OFFICER ID: WAS6805   DENIAL CODE:
NAME ON CARD:                         SERIAL NBR:


UPDATE ALLOWED
        PF4          PF6          PF8         PF9        PF10        PF11         PF12
   PRIOR MENU    MAIN MENU     LOGOFF       REMIT     REP/ATTY     STATUS      PRINT CARD
```

GOVERNMENT
EXHIBIT
2