UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMARJEET KAUR, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0765 (RBW) |
| MICHAEL CHERTOFF, et al., | ) |
| Defendants. | ) |

## **ORDER**

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS, Defendants' Motion to Dismiss Amended Petition and dismisses this case with prejudice.

DATED:

_____
UNITED STATES DISTRICT JUDGE