UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMARJEET KAUR, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-0765 (RBW) |
| ) | |
| MICHAEL CHERTOFF, et. al., ) | |
| ) | |
| Respondents. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MOTION TO DISMISS THE AMENDED PETITION**

Petitioners Amarjeet Kaur and Balwinder Singh Malhi respectfully request an extension of time within which to respond to Respondents' motion to dismiss the amended petition. Counsel for Respondent agrees to this motion.

Counsel acknowledges that Local Rule 7.1(b) requires counsel to file any memorandum of points and authorities in opposition to Respondents' motion within 11 days of the date of service. Respondents filed the motion to dismiss the amended petition on October 20, 2006. Due to technical difficulties with the office email system, counsel for Petitioners did not receive notice that Respondents filed a motion to dismiss until October 31, 2006 and was unable to comply with Local Rule 7.1(b).

Wherefore, Petitioners request that this motion be granted and the Court permit Petitioners to file a motion in opposition to Respondent's motion to dismiss on or before November 10, 2006.

Respectfully Submitted,

/s/
_____
Paul S. Allen
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th Street, NW
Washington, DC 20036
Phone: (202) 638-2777
Fax: (202) 638-1677

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMARJEET KAUR, et al.,            )
                                  )
        Petitioners,              )
                                  )
    v.                            )   Civil Action No. 06-0765
                                  )
MICHAEL CHERTOFF, et. al.,        )
                                  )
        Respondents.              )

**ORDER**

Upon consideration of Petitioners' Motion to Extend Time to respond to Respondents' Motion to Dismiss, it is hereby

ORDERED that Petitioner's Motion to Extend Time to Respondent's Motion to Dismiss is hereby GRANTED, and Petitioners shall have up to and including November 10, 2006 to answer or otherwise respond to the Motion to Dismiss.

DATED this _____ day _____, 2006.

_____
UNITED STATES DISTRICT JUDGE