UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
AMERJEET KAUR, et al.,              )
)
       Petitioners,              )
)
   v.                                )  Civil Action No. 06-0765 (RBW)
)
MICHAEL CHERTOFF, et al.,           )
)
       Respondents               )
_____)

## PROPOSED ORDER

Upon consideration of Petitioners' Memorandum of Points and Authorities in Opposition to Respondents' Motion to Dismiss the Amended Petition, Respondents' Motion to Dismiss is hereby DENIED and Petitioners' Petition for Writ of Mandamus is GRANTED. This Court hereby orders Respondents to adjudicate Petitioners' original immediate relative petition filed on or before April 30, 2001 and to preserve the original April 2001 filing date.

_____
DISTRICT COURT JUDGE