UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARJEET KAUR, et al, <br>     Plaintiffs, <br> v. <br> MICHAEL CHERTOFF, et al., <br>     Defendants | Civil Action No. 06-0765 (RBW) |

MOTION TO COMPEL DEFENDANT TO ADJUDICATE
UNITED STATES CITIZEN PLAINTIFF'S IMMIGRANT VISA PETITION
FOR HER HUSBAND DATED APRIL 30, 2001

Amarjeet Kaur, Plaintiff in this case, by and through counsel, respectfully moves this Court to compel USCIS to adjudicate Plaintiff's immigrant visa petition for her husband, Balwinder Singh Malhi, on or before April 30, 2001.

The government has represented to the Plaintiff's attorney that the complaint should be dismissed because Defendant has granted everything that Plaintiff requested.

If that were true, dismissal would be appropriate. However, it is not the case.

On or before April 30, 2001, Plaintiff Amarjeet Kaur filed a relative petition for her husband. At that time, she was a permanent resident alien, but thereafter, on or about September 16, 2004, she became a United States citizen by naturalization. Her naturalization meant that the mere relative petition became an immediate relative petition, and that Balwinder Singh Malhi, her husband, became the beneficiary thereof with a priority date before April 30, 2001.

Subsequently, believing that the original petition of April 30, 2001 may have been lost or discarded by the then Immigration Service, the Plaintiff submitted another immediate relative petition to remind the Defendant. Thereafter, at an interview at the Immigration Service office at 2675 Prosperity Avenue, Fairfax, VA on or about January 26, 2006, she and her husband were interviewed and her husband was taken into detention but subsequently released.

In any event, the second petition was approved on or about July 10, 2006, and the approval thereof means that ordinarily, his status should be adjusted in accordance with the Board of Immigration Appeals precedent decision, in *Matter of Arai* (13 I&N Dec. 494 (BIA 1970), at 496:

> Where adverse factors are present in a given application, it may be necessary for the applicant to offset these by a showing of unusual or even outstanding equities. Generally, favorable factors such as family ties, hardship, length of residence in the United States, etc., will be considered as countervailing factors meriting favorable exercise of administrative discretion.

In *Matter of Arai*, the Board ruled that generally where there are adverse factors present, favorable factors such as family ties should be considers as countervailing factors meriting a favorable exercise of discretion. In this case, Balwinder Singh Malhi has significant family ties to the United States, including a naturalized U.S. citizen wife and two U.S. citizen children. In such a situation, USCIS should exercise its discretion and approve the Plaintiffs' immediate relative petition with the April 30, 2001 date.

Accordingly, the government is correct to assert that a petition has been approved and it is essentially res judicata with one exception, namely, the initial filing date, thus entitling the beneficiary, Plaintiff's husband, to adjust his status and to dispose of a myriad of red tape, namely, old, stale deportation proceedings, motions to reopen, and legal appeals.

For some reason, the government resists acknowledging that the petition filed on or before April 30, 2001 should be approved so that Balwinder Singh Malhi has this priority date. The government provides no valid explanation for its position given the fact that it has already favorably adjudicated another petition requiring the same evidence, documentation, and proof of the same fact, i.e., a marriage to a United States citizen.

However, the petition was filed on or before April 30, 2001 and Plaintiff is entitled to have it adjudicated within a reasonable time, which has long since passed.

Accordingly, Plaintiff requests an order requiring the Defendant Chertoff, Department of Homeland Security, to adjudicate the petition in accordance with its belief that Plaintiff is entitled to it.

Respectfully submitted,

Paul S. Allen, D.C. Bar No. 167940
Paul Shearman Allen and Associates
1329 18th St. NW
Washington, DC 20036
Phone: 202-638-2777
Fax: 202-638-1677

## CERTIFICATE OF SERVICE

I hereby certify that on this _21st_ day of _May_ 2007, a copy of the Motion to Compel Defendant to Adjudicate United States Citizen Plaintiff's Immigrant Visa Petition For Her Husband dated April 30, 2001, was sent postage prepaid to:

Phyllis Howard
District Director, USCIS
2675 Prosperity Avenue
Fairfax, VA 22031

_____
Paul Shearman Allen, J.D.
DC Bar No. 167940
Paul Shearman Allen & Associates
1329 18th St. NW
Washington, DC 20036
Ph. 202-638-2777
Fax. 202-638-1677

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMARJEET KAUR, et al,  )
                Plaintiffs,  )  Civil Action No. 06-0765 (RBW)
                                 )
v.  )
MICHAEL CHERTOFF, et al.,  )
                Defendants  )

PROPOSED ORDER

On consideration of Plaintiff's request for a Motion to Adjudicate United States Citizen Plaintiff's Immigrant Visa Petition for Her Husband dated April 30, 2001, it is on this _____ day of _____ and hereby is ORDERED that the motion be GRANTED / DENIED.

_____
Judge Walton