UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMARJEET KAUR, et al., <br><br> Petitioners, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, <br> Department of Homeland Security, et al., <br><br> Respondents. | Civil Action No. 06-765 (RBW) |

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the respondents' motion to dismiss the petitioners' petition is GRANTED. It is further

**ORDERED** that the the petitioners' Amended Petition for a Writ of Mandamus and Declaratory Judgment is DISMISSED. It is further

**ORDERED** that this case is closed.

**SO ORDERED** this 31st day of May, 2007.

                                              REGGIE B. WALTON
                                              United States District Judge