UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amarjeet Kaur, et al<br>    Petitioners,<br><br>v.<br><br>Michael Chertoff, et al<br>    Respondents. | Civil Action No. 06-765 (RBW) |

NOTICE OF APPEAL

Notice is hereby given this 27th day of June 27, 2007, that Amarjeet Kaur and Balwinder Singh Malhi hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on May 31, 2007, in favor of Michael Chertoff, Secretary of the U.S. Department of Homeland Security, against Amarjeet Kaur and Balwinder Singh Malhi.

Respectfully submitted,

Paul S. Allen, D.C. Bar No. 167940
Paul Shearman Allen and Associates
1329 18th St. NW
Washington, DC 20036
Phone: 202-638-2777
Fax: 202-638-1677



RECEIVED

JUN 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Clerk: Please mail copies of the above Notice of Appeal to the following address indicated:

Peter Smith
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
Phone: 202-307-0372
Fax: 202-514-8780